Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TELEBUYER, LLC,

    Plaintiff and Counterdefendant,

v.

AMAZON.COM, INC., *et al.*,

    Defendants and Counterclaimants.

NO. 2:13-cv-01677-BJR

**TELEBUYER'S RECOMMENDATION FOR THE APPOINTMENT OF A TECHNICAL ADVISOR**

TELEBUYER'S RECOMMENDATION FOR
THE APPOINTMENT OF TECH. ADVISOR
NO. 2:13-cv-01677-BJR – Page 1

YARMUTH WILSDON PLLC

818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

Pursuant to the Court's Order (Dkt. # 165), the parties have conferred on the issue and are unable to agree on one recommendation to serve as a neutral Technical Advisor. Therefore, as directed by the Court, Telebuyer hereby submits the name and curriculum vitae of one candidate to serve as a neutral Technical Advisor.

Telebuyer recommends A.J. Nichols, Ph.D. to serve as a neutral Technical Advisor. Dr. Nichols' curriculum vitae (obtained from http://neutralexpert.com/biography.htm) is attached hereto as **Exhibit A**. A list of Dr. Nichols' prior service as a neutral Technical Advisor (obtained from http://neutralexpert.com/neutral.htm) is attached hereto as **Exhibit B**. Telebuyer further certifies that it has had no contact, either directly or indirectly, with Dr. Nichols.

TELEBUYER'S RECOMMENDATION FOR
THE APPOINTMENT OF TECH. ADVISOR
NO. 2:13-cv-01677-BJR – Page 2

YARMUTH WILSDON PLLC

818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

DATED: October 23, 2014.

By: */s/ Mark A. Samuels*
Mark A. Samuels (*pro hac vice*)
Brian M. Berliner (*pro hac vice*)
Xin-Yi Zhou (*pro hac vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: 213.430.6000
Facsimile: 213.430.6407
Email: msamuels@omm.com;
bberliner@omm.com;
vzhou@omm.com

Marc J. Pensabene (*pro hac vice*)
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: 212.326.2070
Facsimile: 212.326.2061
Email: mpensabene@omm.com

Jonathan Crawford (*pro hac vice*)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone: 650.473.2615
Facsimile: 650.473.2601
Email: jcrawford@omm.com

Jeremy E. Roller, WSBA No. 32021
Diana S. Breaux, WSBA No. 46112
YARMUTH WILSDON PLLC
818 Stewart Street, Suite 1400
Seattle, WA 98101
Telephone: 206.516.3800
Facsimile: 206.516.3888
Email: jroller@yarmuth.com;
dbreaux@yarmuth.com

*Attorneys for Plaintiff and Counterdefendant Telebuyer, LLC*

---

TELEBUYER'S RECOMMENDATION FOR THE APPOINTMENT OF TECH. ADVISOR NO. 2:13-cv-01677-BJR – Page 3



818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

### CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Brian D. Buckley
Ewa M. Davison
Fenwick & West LLP
bbuckley@fenwick.com
edavison@fenwick.com

Matthew J. Moore
Michael J. Gerardi
Latham & Watkins LLP
matthew.moore@lw.com
michael.gerardi@lw.com

Douglas E. Lumish
Richard G. Frenkel
Gabriel S. Gross
Patricia Young
Eugene Chiu
Latham & Watkins LLP
doug.lumish@lw.com
rick.frenkel@lw.com
gabe.gross@lw.com
patricia.young@lw.com
eugene.chiu@lw.com

Cassius K. Sims
Latham & Watkins LLP
cassius.sims@lw.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated:  October 23, 2014 at Seattle, Washington.

*s/Sue Stephens*
Sue Stephens, Legal Assistant

TELEBUYER'S RECOMMENDATION FOR
THE APPOINTMENT OF TECH. ADVISOR
NO. 2:13-cv-01677-BJR – Page 4



818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

761.01 oj230601 10/23/14

# Exhibit A

TELEBUYER'S RECOMMENDATION FOR
THE APPOINTMENT OF TECH. ADVISOR
NO. 2:13-cv-01677-BJR - Page 5

# A. J. Nichols, Ph.D.
## Neutral Computer Expert, Special Master, Arbitrator, Mediator



**A. J. "Nick" NICHOLS** provides services as a neutral technical and business expert in all aspects of litigation, pre-litigation evaluation, mediation, trial, and arbitration.

**Neutral Experience.** Dr. Nichols has acted as a Special Master and neutral technology expert for judges of United States District Courts; the Supreme Court of Singapore; the Superior Courts of San Francisco, Santa Clara, and San Diego Counties; to JAMS neutrals; and directly to the parties involved.

Dr. Nichols serves as an arbitrator and mediator for the American Arbitration Association, as an arbitrator for the San Francisco and San Mateo County Fee Arbitration programs, and as a Neutral Arbiter for Just Resolve. He is on the mediation panels of the Northern District of California, the San Francisco Community Boards resolution center, and the Peninsula Conflict Resolution Center in San Mateo, California. He obtained his mediation training at Harvard Law School and through the organizations for which he mediates.

In acting as a Special Master (5 cases) and neutral expert (20 cases), Dr. Nichols has:
- assisted judges in their understanding of relevant technology, expert reports, and exhibits
- reviewed orders for technical accuracy
- monitored compliance with court orders regarding technology issues
- performed forensic analysis of disk drives, including restoration of deleted documents
- examined computer programs for evidence of misappropriation and other malfeasance
- resolved discovery issues in the production of source code and specification of trade secrets
- written reports and orders on the above

**Service as a Neutral or Special Master.** Among the 25 cases in which he has assisted as a Special Master or neutral expert are:
- *In re Napster* and *Applied Materials v. MultiMetrixs* (Hon. Marilyn Hall Patel)
- *Cisco v. Huawei* (the parties themselves)
- *Software Rights Archive v. Facebook, LinkedIn, and Twitter*; *Sun Microsystems v. Microsoft*; and *Cadence Design Systems v. Avant!* (Hon. Ronald M. Whyte)
- *Creative Technology v. Aztech Systems* (Supreme Court of Singapore)
- *Revolutionary Software, Inc. v. Eclipsys Corporation* (Hon. James Ware)
- *Comcast Cable Communications, et al. v. Sprint Communications, et al.* (Hon. Jan DuBois)
- *Planet Bingo, et al. v. Randy Von Drasek, et al.* (Hon. George Wu)

**As a mediator and arbitrator**, he has been a neutral in more than 50 disputes ranging from patent infringement to business contracts to neighbor and family issues to fees charged by attorneys.

**Expert Witness Background.** Dr. Nichols has acted as an expert witness or consultant for plaintiffs and defendants in nearly 100 litigation matters involving patents, trade secret misappropriation, copyright infringement, and design defects. The technologies involved both hardware and software across the breadth of the computer field. Examples include social media, peer-to-peer communications, laser eye surgery software, disk drives, web page design, BIOS operation, data communications, electronic games, networks, image rendering, logic design, and clean room setup.

**Education and Experience.** His education includes a Ph.D. in Electrical Engineering from Stanford University, an M.S in EE from Stanford, and B.S degrees in both Business Management and Electrical Engineering from the University of Colorado, Boulder.

Dr. Nichols has a broad technology and business background in the engineering of computer hardware and software. He served as an engineering executive, developer, and researcher for Millennium Systems, Intel Corporation, American Microsystems, Novar Corporation, and Lockheed Missiles & Space Company. He founded Probitas to provide consulting and product development assistance to high technology companies and has served as president since its inception.

# Exhibit B

## A. J. NICHOLS, Ph.D.
## SERVICE AS A MASTER AND NEUTRAL EXPERT

| Time Period | Reporting to | Case | Counsel for First Party | Counsel for Second Party |
|---|---|---|---|---|
| March to September 2014 | Hon. Jan E. Dubois<br>U.S. District Court,<br>   Eastern District of<br>   Pennsylvania<br>Philadelphia, PA | Comcast Cable<br>   Communications, LLC<br>   et al.<br>      v.<br>Sprint Communications<br>   Company L.P. et al. | Anthony I. Fenwick, Esq.<br>David J. Lisson, Esq.<br>Davis Polk & Wardwell LLP<br>Menlo Park, CA<br><br>William T. Hangley, Esq.<br>Rebecca S. Melley, Esq.<br>Hangley Aaronchick Segal<br>   Pudlin & Schiller<br>Philadelphia, PA | Robert H. Reckers, Esq.<br>Aaron E. Hankel, Esq.<br>Shook, Hardy & Bacon LLP<br>Houston, TX and Kansas<br>   City, MO |
| August 2013 to date | Hon. Ronald M. Whyte<br>U.S. District Court,<br>   Northern District of<br>   California<br>San Jose, CA | Software Rights Archive,<br>   LLC<br>      v.<br>Facebook, Inc., LinkedIn<br>   Corporation, and<br>   Twitter, Inc. | Victor G. Hardy, Esq.<br>Nicole E. Glauser, Esq.<br>Chester J. Shiu, Esq.<br>William M. Parrish, Esq.<br>Dinovo Price Ellwager & Hardy<br>Austin, TX<br><br>W. Paul Schuck, Esq.<br>Bartko, Zankel, Bunzel & Miller<br>San Francisco, CA | Heidi L. Keefe, Esq.<br>Lowell D. Mead, Esq.<br>Mark Weinstein, Esq.<br>Carrie J. Richey, Esq.<br>Michael G. Rhodes, Esq.<br>Cooley, LLP<br>Palo Alto and San Francisco,<br>   CA<br><br>Robert A. Van Nest, Esq.<br>David Silbert, Esq.<br>Adam Bhansali, Esq.<br>Ajay Krishnan, Esq.<br>David W. Rizk, Esq.<br>Sharif E. Jacob, Esq.<br>Keker & Van Nest LLP<br>San Francisco, CA |
| September 2010 to May 2012 | Hon. George H. Wu<br>U.S. District Court<br>   Central District of<br>   California<br>Los Angeles, CA<br><br>Appointed as Master | Planet Bingo, *et al.*<br>      v.<br>Randy Von Drasek, *et al.*<br>   and Electronic Game<br>   Solutions, Inc. | Jeffrey Weiss, Esq.<br>Karen J. Sepura Fouts, Esq.<br>Weiss & Moy, P.C.<br>Washington, DC | Erik L. Jackson, Esq.<br>Nathan Dooley, Esq.<br>Cozen O'Connor<br>Los Angeles, CA<br><br>Alan N. Harris, Esq.<br>Jason R. Gourley, Esq.<br>Bodman PLC<br>Ann Arbor and Detroit, MI |

# A. J. NICHOLS, Ph.D.
## SERVICE AS A MASTER AND NEUTRAL EXPERT

| Time Period | Reporting to | Case | Counsel for First Party | Counsel for Second Party |
|---|---|---|---|---|
| May to September 2009 | Hon. Julie A. Robinson<br>U.S. District Court<br>District of Kansas,<br>Topeka Division<br>Topeka, KS<br><br>Appointed as Master under FRCP 53 | NovAtel Inc.<br>v.<br>POINT, Inc. and Sokkia Topcon Co. Ltd. | Jason A. Engel, Esq.<br>Brian J. Arnold, Esq.<br>Alan L. Barry, Esq.<br>KL Gates<br>Chicago, IL<br><br>Paul V. Herbers, Esq.<br>Joe B. Whisler, Esq.<br>Cooling & Herbers, P.C.<br>Kansas City, MO | Anthony F. Rupp, Esq.<br>Amy E. Morgan, Esq.<br>Polsinelli Shughart<br>Overland Park, KS<br><br>James M. Armstrong, Esq.<br>Jeffrey A. Jordan, Esq.<br>Foulston Seifkin<br>Wichita, KS<br><br>James E. Hough, Esq.<br>Kyle W.K. Mooney, Esq.<br>Morrison Foerster<br>New York, NY |
| March to April 2008 | Hon. Ronald S. Prager<br>Superior Court Of California Central Division<br>San Diego, CA | Hassan Yarpezeshkan<br>v.<br>Jeffrey D. Lewin; Sullivan Hill Lewin Req & Engel; and Does | Deborah A. Wolfe, Esq.<br>Wolfe Legal Group<br>San Diego, CA | Danel M. White, Esq.<br>Steven G. Amundson, Esq.<br>White, Oliver & Amundson<br>San Diego, CA<br><br>Jeffrey D. Lewin, Esq.<br>Sullivan Hill Lewin Rez & Engel<br>San Diego, CA |
| March to April 2008 | Hon. Marilyn Hall Patel<br>U.S. District Court<br>Northern District of California<br>San Francisco, CA<br><br>Appointed as Master under FRCP 53 | Applied Materials, Inc.<br>v.<br>MultiMetrixs, LLC | Rohit Singla, Esq.<br>Jefferey L. Bleich, Esq.<br>Munger, Tolles & Olson LLP<br>San Francisco, CA | Sally J. Wiggins, Esq.<br>Paul K. Vickrey, Esq.<br>Nicholas M. Dudziak, Esq.<br>Angelica M. Regalado, Esq.<br>Niro Scavone Haller & Niro<br>Chicago, IL |

## A. J. NICHOLS, Ph.D.
## SERVICE AS A MASTER AND NEUTRAL EXPERT

| Time Period | Reporting to | Case | Counsel for First Party | Counsel for Second Party |
|---|---|---|---|---|
| April 2007 to May 2011 | Hon. Marilyn Hall Patel<br>U.S. District Court<br>Northern District of California<br>San Francisco, CA<br><br>Appointed as Master under FRCP 53 | e-Smart Technologies, Inc. and IVI Smart Technologies, Inc.<br>v.<br>Wayne Drizin; Michael Gardiner; Electronic Plastics Corporation, and A Card Company | Maranda E. Fritz, Esq.<br>Hinshaw & Culbertson LLP<br>New York, NY<br><br>Gregory B. Wood, Esq.<br>Sarah Silbert, Esq.<br>Fulbright & Jaworski LLP<br>Los Angeles, CA | Marc T Rasich, Esq.<br>Timothy K. Conde, Esq.<br>Stoel Rives LLP<br>Salt Lake City, UT<br><br>Patricia D. Douglass, Esq.<br>Great Falls, VA |
| February to March 2007 | Hon. James J. DiCesare<br>Orange County Superior Court<br>Westminster, CA | Astea International Inc. and FC Acquisition Corp.<br>v.<br>Iteration2, Mike Gillis, Mike Gillis & Associates, LLC, and Paul Osterhoudt | Alisa A. Martin, Esq.<br>Michael G. Rhodes, Esq.<br>Philip C. Tencer, Esq.<br>Trent C. Packer, Esq.<br>Cooley Godward Kronish LLP<br>San Diego, CA | Edson K. McClellan, Esq.<br>Thomas S. Salinger, Esq.<br>Paul E. Rice, Esq.<br>Rutan & Tucker, LLP<br>Costa Mesa, CA<br><br>John J. Selbak, Esq.<br>Corporate Counsel Partners<br>Pasadena, CA |
| January to December 2007 | Hon. James Ware<br>U.S. District Court<br>Northern District of California<br>San Jose, CA<br><br>Appointed as Master under FRCP 53 | Revolutionary Software, Inc.<br>v.<br>Eclipsys Corporation | Cynthia M. Judy, Esq.<br>Prunedale, CA<br><br>Timothy James Schmal, Esq.<br>Timothy Robert Volkman, Esq.<br>Burton Volkman & Schmal<br>Santa Cruz, CA | Michael B. Smith, Esq.<br>Denis R. Salmon, Esq.<br>Joseph Guzzetta, Esq.<br>Gibson Dunn & Crutcher LLP<br>Palo Alto, CA |
| January 2006 to May 2007 | The parties themselves | Decision Insights, Inc.<br>v.<br>Sentia Group, Inc. | Nicholas Hantzes, Esq.<br>Hantzes & Reiter<br>Vienna, VA | Theodore A. Pianko, Esq.<br>Gary Dukarich, Esq.<br>Joel A. Kauth, Esq.<br>Christie, Parker & Hale LLP<br>Newport Beach, CA<br><br>Becky V. Christensen, Esq.<br>Edward F. O'Connor, Esq.<br>O'Connor Christensen & McLaughlin<br>Irvine, CA |

# A. J. NICHOLS, Ph.D.
## SERVICE AS A MASTER AND NEUTRAL EXPERT

| Time Period | Reporting to | Case | Counsel for First Party | Counsel for Second Party |
|---|---|---|---|---|
| December 2005 to May 2006 | Hon. Maria-Elena James<br>U.S. District Court<br>Northern District of California<br>San Francisco, CA | Friskit, Inc.<br>v.<br>RealNetworks, Inc., *et al.* | Michael H. Baniak, Esq.<br>Jeffrey A. Pine, Esq.<br>Anuj K. Wadhwa, Esq.<br>Baniak Pine & Gannon<br>Chicago, IL<br><br>Francis Torrence, Esq.<br>Seyfarth Shaw LLP<br>San Francisco, CA | Charles K. Verhoeven, Esq.<br>David S. Perlson, Esq.<br>Deepak Gupta, Esq.<br>Evette D. Pennypacker, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>San Francisco, CA and Redwood Shores, CA |
| March to July 2005 | The parties themselves | Possible misappropriation of trade secrets | Clark S. Stone, Esq.<br>MacPherson, Kwok, Chen & Heid, LLP<br>San Jose, CA | Ina Stangenes, Esq.<br>Bergeson, LLP<br>San Jose, CA |
| January 2005 to August 2006 | Hon. Kevin E. Enright<br>Superior Court of San Diego County, CA<br><br>Hon. Wayne Peterson (Retired)<br>Special Master<br>ADR Services<br>San Diego, CA | Abacus America, Inc.,<br>v.<br>Alabanza *et al.* | Michael J. Hickman, Esq.<br>Musick, Peeler & Garrett, LLP<br>San Diego, CA<br><br>Daniel M. White, Esq.<br>Steven G. Amundson, Esq.<br>Beth J. Manover, Esq.<br>White & Oliver, APC<br>San Diego, CA | Karen S. Crawford, Esq.<br>Patricia P. Hollenbeck, Esq.<br>John P. Cooley, Esq.<br>Duane Morris LLP<br>San Diego, CA |
| August to December 2004 | The parties themselves | TRS Consultants, Inc.<br>v.<br>Elation Systems *et al.* | Melinda M. Morton, Esq.<br>Bergeson, LLP<br>San Jose, CA | David A. Priebe, Esq.<br>Gray Cary Ware & Freidenrich<br>East Palo Alto, CA |
| October 2003 to June 2004 | The parties themselves | Cisco Systems, Inc. and Cisco Technology, Inc.<br>v.<br>Huawei Technologies Co., Ltd., Huawei America, Inc. and Futurewei Technologies, Inc. | | |

TELEBUYER'S RECOMMENDATION FOR
THE APPOINTMENT OF TECH. ADVISOR
NO. 2:13-cv-01677-BJR - Page 11

4

## A. J. NICHOLS, Ph.D.
## SERVICE AS A MASTER AND NEUTRAL EXPERT

| Time Period | Reporting to | Case | Counsel for First Party | Counsel for Second Party |
|---|---|---|---|---|
| April 2003 to January 2004 | The parties themselves | SAT Corporation v. Zeta Technologies, Ltd., et al. | David W. Goewey, Esq. Venable, Baetjer, Howard & Civiletti Washington, DC | Gary W. Johnson, Esq. Weston Hurd Fallon Paisley & Howley Cleveland, OH |
| November 2002 to January 2004 | The parties themselves | Niku Corporation v. Business Engine Corporation | Carlyn Clause, Esq. Fenwick & West San Francisco, CA | James T. Fousekis, Esq. Robb A. Scott, Esq. Steinhart & Falconer San Francisco, CA |
| March 2002 to June 2003 and October 2005 to May 2006 | Hon. John Flaherty, (Retired) JAMS Discovery Referee San Jose, CA | In Re Garth G. Conlan Revocable Living Trust | Steven W. Valdes, Esq. San Jose, CA<br><br>Keith P. Bartell, Esq. Carr, McClellan, Ingersoll, Thompson & Horn Burlingame, CA<br><br>Jeff Carchidi, Esq. Temmerman & Cilley San Jose, CA | Dennis T. Rice, Esq. Howard Rice Nimerovsky Canady Falk & Rabkin San Francisco, CA<br><br>William Faulkner, Esq. McMannis, Faulkner & Morgan San Jose, CA<br><br>Robert C. Danneskiold, Esq. John Ottoboni, Esq. Ferrari Ottoboni San Jose, CA |
| January to April 2002 | Hon. Charles A. Legge, (Retired) JAMS Mediator San Francisco, CA | Private mediation involving dissolution of a software company | Marc P. Fairman, Esq. Law Offices of Marc P. Fairman San Francisco, CA | Joseph Kouri, Esq. Bonnoni & Kouri Palo Alto, CA |

# A. J. NICHOLS, Ph.D.
## SERVICE AS A MASTER AND NEUTRAL EXPERT

| Time Period | Reporting to | Case | Counsel for First Party | Counsel for Second Party |
|---|---|---|---|---|
| April 2001 to February 2005 | Hon. Marilyn Hall Patel<br>Chief Judge<br>U.S. District Court<br>Northern District of California<br>San Francisco, CA | Various companies in the Recording Industry Association of America, various music publishers, and others<br>v.<br>Napster, Inc. | Russell J. Frackman, Esq.<br>Mitchell Silberberg & Krupp LLP<br>Los Angeles, CA | Robert B. Silver, Esq.<br>Boies Schiller & Flexner LLP<br>Armonk, NY<br><br>Laurence F. Pulgram, Esq.<br>Fenwick & West LLP<br>San Francisco, CA<br><br>Steven M. Cohen, Esq.<br>Kronish Lieb Weiner & Hellman LLP<br>New York, NY |
| August 2000 | Hon. Everett A. Hewlett, Jr.<br>Discovery Commissioner<br>San Francisco County Superior Court<br>San Francisco, CA | McKesson HBOC, Inc.<br>v.<br>Terry Merrill, Michael Jansen, and Bindley Western Industries, Inc. | Tyree P. Jones, Jr., Esq.<br>Interactive Law Group<br>San Francisco, CA | Nancy Potter, Esq.<br>Crosby, Heafey, Roach & May<br>San Francisco, CA |
| August 1998 to January 2001 | Hon. Ronald M. Whyte<br>U.S. District Court<br>Northern District of California<br>San Jose, CA<br><br>Hon. Edward A. Infante<br>U.S. District Court<br>Northern District of California<br>San Jose, CA | Sun Microsystems, Inc.<br>v.<br>Microsoft Corporation | Lloyd R. Day, Jr., Esq.<br>Day, Casebeer, Madrid, Winters & Batchelder, LLP<br>Cupertino, CA<br><br>Janet L. Cullum, Esq.<br>Cooley Godward, LLP<br>Palo Alto, CA | Karl J. Quackenbush, Esq.<br>Preston Gates & Ellis, LLP<br>Seattle, WA<br><br>Terrence P. McMahon, Esq.<br>Orrick, Herrington & Sutcliffe, LLP<br>Menlo Park, CA<br><br>Allen Ruby, Esq.<br>Ruby & Schofield<br>San Jose, CA |
| September 1996 to March 1997 | Hon. Ronald M. Whyte<br>U.S. District Court<br>Northern District of California<br>San Jose, CA | Cadence Design Systems, Inc.<br>v.<br>Avant!, Inc, et al. | Michael H. Page, Esq.<br>Keker & Van Nest<br>San Francisco, CA | Daniel H. Bookin, Esq.<br>Melveny & Meyers<br>San Francisco, CA |

# A. J. NICHOLS, Ph.D.
## SERVICE AS A MASTER AND NEUTRAL EXPERT

| Time Period | Reporting to | Case | Counsel for First Party | Counsel for Second Party |
|---|---|---|---|---|
| June to November 1996 | Hon. M. Karthigesu, Justice<br>Hon. L. P. Thean, Justice<br>Hon. Lai Kew Chai, Judge<br>Supreme Court<br>Singapore | Creative Technology, Ltd.<br>v.<br>Aztech Systems, Pte. Ltd. | Kevin Garnett, Q.C.<br>London, England<br><br>Morris John<br>Lim Yee Ming<br>Drew & Napier<br>Singapore | Peter Prescott, Q.C.<br>London, England<br><br>Ng Soon Kai<br>Ng, Chong & Hue<br>Singapore |
| October 1992 to March 1993 | Hon. Lloyd E. Blanpied, Jr. (retired)<br>JAMS Arbitrator<br>San Diego, CA | Private arbitration involving misappropriation of software | | |

Last updated September 25, 2014