Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TELEBUYER, LLC,<br><br>    Plaintiff and<br>    Counterdefendant,<br><br>    v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>    Defendants and<br>    Counterclaimants. | NO. 2:13-cv-01677-BJR<br><br>**TELEBUYER'S OBJECTION TO AMAZON'S PROPOSED TECHNICAL ADVISOR CANDIDATE** |

Telebuyer objects to the appointment of Professor Scott Shenker, proposed by Amazon in response to the Court's October 16 Order (D.I. 165 at 11), as a technical advisor in this matter. Professor Shenker is a Faculty Member of AMPLab, a research facility within the University of California, Berkeley, directed to the field of data analysis. (See https://amplab.cs.berkeley.edu/about/). Defendant Amazon Web Services is identified as one of three Founding Sponsors of AMPLab (see https://amplab.cs.berkeley.edu/sponsors/) and AMPLab touts its close collaboration with its founding sponsors, including specifically Amazon (see https://www.youtube.com/watch?v=9XizW5Mo1PE).

///

///

TELEBUYER'S OBJECTION TO AMAZON'S
PROPOSED TECHNICAL ADVISOR CANDIDATE
NO. 2:13-cv-01677-BJR – Page 1

YARMUTH WILSDON PLLC

818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

1    Telebuyer respectfully submits that the collaborative relationship between Professor
2    Shenker, AMPLab, and Defendants Amazon.com and Amazon Web Services is
3    inconsistent with the role of a neutral technical advisor in this matter.

4

5    DATED:  October 28, 2014.

By:  */s/ Mark A. Samuels*
Mark A. Samuels (*pro hac vice*)
Brian M. Berliner (*pro hac vice*)
Xin-Yi Zhou (*pro hac vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071
Telephone:       213.430.6000
Facsimile:        213.430.6407
Email:  msamuels@omm.com;
bberliner@omm.com; vzhou@omm.com;

Marc J. Pensabene (*pro hac vice*)
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone:       212.326.2070
Facsimile:        212.326.2061
Email: mpensabene@omm.com

Jonathan Crawford (*pro hac vice*)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone:       650.473.2615
Facsimile:        650.473.2601
Email: jcrawford@omm.com

Jeremy E. Roller, WSBA No. 32021
Diana S. Breaux, WSBA No. 46112
YARMUTH WILSDON PLLC
818 Stewart Street, Suite 1400
Seattle, WA  98101
Telephone:       206.516.3800
Facsimile:        206.516.3888
Email:  jroller@yarmuth.com;
dbreaux@yarmuth.com

*Attorneys for Plaintiff and
Counterdefendant Telebuyer, LLC*

TELEBUYER'S OBJECTION TO AMAZON'S
PROPOSED TECHNICAL ADVISOR CANDIDATE
NO. 2:13-cv-01677-BJR – Page 2



818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Brian D. Buckley
Ewa M. Davison
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
bbuckley@fenwick.com
edavison@fenwick.com

Cassius Kirkpatrick Sims
Gabriel Simeone Gross
S. Giriraj Pathmanaban
James Robert Bender
Matthew John Moore
Patricia Young
Richard G. Frenkel
LATHAM & WATKINS LLP
555 Eleventh Street NW, Ste. 1000
Washington, D.C. 20004
cassius.sims@lw.com
gabe.gross@lw.com
giri.pathmanaban@lw.com
james.bender@lw.com
matthew.moore@lw.com
patricia.young@lw.com
rick.frenkel@lw.com

*Attorneys for Defendants*

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated:  October 28, 2013 at Seattle, Washington.

*s/Kelly M. Kennedy*
Kelly M. Kenedy, Legal Assistant

TELEBUYER'S OBJECTION TO AMAZON'S
PROPOSED TECHNICAL ADVISOR CANDIDATE
NO. 2:13-cv-01677-BJR – Page 3



818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

761.01 oj288302 10/28/14