The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TELEBUYER, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., AMAZON WEB SERVICES LLC, and VADATA, INC.,<br><br>    Defendants.<br><hr>AMAZON.COM, INC., AMAZON WEB SERVICES LLC, and VADATA, INC.,<br><br>    Counterclaimants,<br><br>    v.<br><br>TELEBUYER, LLC,<br><br>    Counterclaim-Defendant. | Case No. 2:13-cv-01677-BJR<br><br>**AMAZON'S RESPONSE TO TELEBUYER'S OBJECTION TO AMAZON'S PROPOSED TECHNICAL ADVISOR CANDIDATE** |

AMAZON'S RESPONSE TO TELEBUYER'S OBJECTION TO AMAZON'S PROPOSED TECHNICAL ADVISOR CANDIDATE
Case No. 2:13-cv-01677-BJR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

1    Amazon responds to Telebuyer's Objection to Amazon's Proposed Technical Advisor
2    Candidate (D.I. 170), filed on October 28.

3    1.    Telebuyer objects to Professor Shenker because he is listed on the website of
4    "AMPLab," a research project at Berkeley that is sponsored and funded by nearly 30 different
5    companies, including Amazon. *See* https://amplab.cs.berkeley.edu/sponsors/. Professor Shenker
6    is listed only as a "faculty member," not a director of AMPLab. *Id.* Neither the video cited by
7    Telebuyer nor the AMPLab website features Professor Shenker, raising the question whether
8    Professor Shenker has had any material role with the project. *Id.* Amazon is unaware of any
9    working relationship with, or further connection to, Professor Shenker. But if there is doubt
10   about Professor Shenker's objectivity, Amazon respectfully submits that the Court could conduct
11   a telephone interview with Professor Shenker. Amazon has not done so out of fidelity to the
12   Court's order forbidding contact with Advisor candidates; indeed, Amazon does not know
13   whether Professor Shenker is even interested and available to serve. In all events, should the
14   Court determine that Professor Shenker should be excluded in light of Telebuyer's objection, or
15   because he is uninterested or unavailable, Amazon respectfully asks the Court for leave to submit
16   a second candidate name.

17   2.    But whomever is selected, he or she should be a contemporary computer scientist
18   with relevant software expertise, not a former electrical hardware engineer who today is engaged
19   primarily in expert witness testimony, and who has necessarily developed a personal ideology
20   about patent law, patent validity, patent infringement, and patent litigation. Telebuyer's pro-
21   posed advisor, Dr. A.J. Nichols, does not meet these qualifications. While, for certain, Dr. Nich-
22   ols enjoyed a distinguished career as an electrical engineer working on early microprocessors at
23   companies such as Intel and Lockheed Missiles & Space Co. in the 1960s through the early
24   1980s, he has spent the last thirty years focused increasingly on his work as a professional expert
25   witness in patent litigation and other technical legal matters—including importantly for a large
26   patent assertion entity who is today suing Amazon on related patents—and not working as a
27   computer scientists in the relevant field. For example, Dr. Nichols' C.V., attached as Exhibit A,

AMAZON'S RESPONSE TO TELEBUYER'S
OBJECTION TO AMAZON'S PROPOSED
TECHNICAL ADVISOR CANDIDATE
Case No. 2:13-cv-01677-BJR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

demonstrates that his patents, publications, presentations, and reviews largely date from the 1960s and 1970s, years before the 1994 filing date of the patents-in-suit (to say nothing of the contemporary computing technologies powering www.amazon.com).  By the 1990s, Dr. Nichols had transitioned to a career in litigation, and he has since been retained as an expert witness or consultant in nearly 100 litigation matters.

Of special concern is Dr. Nichols' work as an expert witness for Personalized Media Communications, LLC ("PMC"), one of America's most notorious patent assertion entities, in *Personalized Media Communs., LLC v. ITC*, 161 F.3d 696 (Fed. Cir. 1998), an antiquated, highly controversial, and much criticized case that addresses the central problem raised in the parties' claim construction dispute—namely, the problem of functional claiming.  *See* http://www.usitc.gov/publications/337/pub3418.pdf at 424 (citing Dr. Nichols' testimony on behalf of PMC).  The patents at issue in that case are from the same family as the patents presently asserted by PMC against Amazon in litigation pending in the District of Delaware.  *Personalized Media Communs. LLC v. Amazon.com Inc.*, 13-cv-01608-RGA, D.I. 1 (D. Del. Sept. 23, 2013).  Amazon does not know whether Dr. Nichols has been hired as an expert by PMC directly against Amazon (and if he has, he should be disqualified for that reason alone), but his work for this large patent assertion entity, especially in a controversial case that concerned the central (and potentially dispositive) issue involved in this case, is of grave concern to Amazon.  Telebuyer has already relied on this 1998 decision in its Opening Claim Construction Brief  (D.I. 152 at 19, 26) in response to Amazon's citation of modern authority.

For these reasons, Amazon respectfully asks the Court to appoint Professor Shenker or an alternative Advisor who worked in the relevant field in the 1994 time period and after, and who does not work as a professional litigation expert or consultant.

AMAZON'S RESPONSE TO TELEBUYER'S
OBJECTION TO AMAZON'S PROPOSED
TECHNICAL ADVISOR CANDIDATE
CASE NO. 2:13-CV-01677-BJR

- 2 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

| | |
|---|---|
| 1   October 31, 2014 | Respectfully submitted, |

By: *s/ Richard G. Frenkel*
Matthew J. Moore (*pro hac vice*)
matthew.moore@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004-1304
Telephone:  (202) 637-2200
Facsimile:  (202) 637-2201

Douglas E. Lumish (*pro hac vice*)
doug.lumish@lw.com
Richard G. Frenkel (*pro hac vice*)
rick.frenkel@lw.com
Gabriel S. Gross (*pro hac vice*)
gabe.gross@lw.com
Patricia Young (*pro hac vice*)
patricia.young@lw.com
Eugene Chiu (*pro hac vice*)
eugene.chiu@lw.com
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, California  94025-1008
Telephone: (650) 328-4600
Facsimile:  (650) 463-2600

By: *s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423
Ewa M. Davison, WSBA No. 39524
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, Washington 98101
Phone: (206) 389-4510
Fax:    (206) 389-4511
Email: bbuckley@fenwick.com
            edavison@fenwick.com

Counsel for Defendants
AMAZON.COM, INC., AMAZON WEB SERVICES LLC, and VADATA, INC.

AMAZON'S RESPONSE TO TELEBUYER'S
OBJECTION TO AMAZON'S PROPOSED
TECHNICAL ADVISOR CANDIDATE
CASE NO. 2:13-CV-01677-BJR

- 3 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON  98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

# CERTIFICATE OF SERVICE

I, Richard G. Frenkel, hereby certify that on October 31, 2014, I caused the foregoing **AMAZON'S RESPONSE TO TELEBUYER'S OBJECTION TO AMAZON'S PROPOSED TECHNICAL ADVISOR CANDIDATE** to be served on the following parties as indicated below:

| | |
|---|---|
| **Jeremy E. Roller**<br>**Diana S. Breaux**<br>YARMUTH WILSDON PLLC<br>818 Stewart Street, Suite 1400<br>Seattle, WA 98101<br><br>*Attorneys for Plaintiff Telebuyer LLC* | [ ]  By United States Mail<br>[ ]  By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ]  By Overnight Express Mail<br>[ ]  By Facsimile<br>[ ]  By Email [by agreement of counsel]<br>     jroller@yarmuth.com<br>     dbreaux@yarmuth.com |
| **Brian M. Berliner**<br>**Mark Alan Samuels**<br>**Xin-Yi Zhou**<br>O'MELVENY & MYERS LLP<br>400 S. Hope Street, Suite 1050<br>Los Angeles, CA 90071-2899<br><br>*Attorneys for Plaintiff Telebuyer LLC* | [ ]  By United States Mail<br>[ ]  By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ]  By Overnight Express Mail<br>[ ]  By Facsimile<br>[ ]  By Email [by agreement of counsel]<br>     bberliner@omm.com<br>     msamuels@omm.com<br>     vzhou@omm.com |
| **Marc Pensabene**<br>O'MELVENY & MYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br><br>*Attorneys for Plaintiff Telebuyer LLC* | [ ]  By United States Mail<br>[ ]  By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ]  By Overnight Express Mail<br>[ ]  By Facsimile<br>[ ]  By Email [by agreement of counsel]<br>     mpensabene@omm.com |
| **Jonathan Crawford**<br>O'MELVENY & MYERS LLP<br>2765 Sand Hill Road<br>Menlo Park, CA 94025<br><br>*Attorneys for Plaintiff Telebuyer LLC* | [ ]  By United States Mail<br>[ ]  By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ]  By Overnight Express Mail<br>[ ]  By Facsimile<br>[ ]  By Email [by agreement of counsel]<br>     jcrawford@omm.com |

October 31, 2014        By: */s/Richard G. Frenkel*
                            Richard G. Frenkel of
                            LATHAM & WATKINS LLP

AMAZON'S RESPONSE TO TELEBUYER'S
OBJECTION TO AMAZON'S PROPOSED
TECHNICAL ADVISOR CANDIDATE
CASE NO. 2:13-CV-01677-BJR

- 4 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

# EXHIBIT A

AMAZON'S RESPONSE TO TELEBUYER'S
OBJECTION TO AMAZON'S PROPOSED
TECHNICAL ADVISOR CANDIDATE
CASE NO. 2:13-CV-01677-BJR- Page 5

# PROBITAS

PROBITAS® CORPORATION
1958 Vallejo Street, #9
San Francisco, CA 94123-4976
Telephone (415) 441-2990
AJN@NeutralExpert.com
www.NeutralExpert.com

## A. J. NICHOLS, Ph.D.

**SUMMARY**

Broad technical experience in all aspects of computer engineering: software, firmware, hardware, and management.  Emphasis on architecture, operating systems, telecommunications, and microprocessor-based design.  Serves as a Special Master, neutral expert, mediator, and arbitrator in trade secret, patent, and other intellectual property litigation.

**EDUCATION**

Ph.D., Electrical Engineering, Stanford University

M.S., Electrical Engineering, Stanford University

B.S., Electrical Engineering, University of Colorado (with honors)

B.S., Business Management, University of Colorado (with special honors)

Mediation Workshop, Harvard Law School.

**PROFESSIONAL ORGINAZATIONS**

Fellow of the Academy of Court-Appointed Masters

Institute of Electrical and Electronic Engineers

Association for Computing Machinery

**ARBITRATION AND MEDIATION PANELS**

Commercial Arbitration Panel and Technical Mediator, American Arbitration Association

Mediator, ADR Program of the United States District Court, Northern District of California

Appellate Mediation Program, Court of Appeal, First Appellate District of California

Mediator, Peninsula Conflict Resolution Center

**PROFESSIONAL EXPERIENCE**

PROBITAS CORPORATION

<u>President and Founder</u>:  Probitas is a consulting firm established to provide sophisticated capabilities in computer engineering.  Some specific assignments have included:
- Serving as a Special Master and neutral expert to U.S. District Courts in cases such as *RIAA v. Napster*, *Sun v. Microsoft* and *Cadence v. Avant!*, to the Supreme Court of Singapore in *Creative Technology v. Aztech Systems*,  and in other forums.
- Serving as a neutral evaluator to the parties in *Cisco v. Huawei*, *Niku v. Business Engine Software*, *SAT Corporation  v. Zeta Technologies* and other matters.
- Analyzing and modifying operating systems, especially Windows, MS-DOS, and OS/2
- Developing products such as a web-based personnel resource program, a hand-held GPS receiver, a remote security system, a Hayes-compatible modem, and a data collection system.
- Programming in a multitude of languages including C, C++, Java, HTML, Assembly Language, FORTRAN, PASCAL and COBOL.
- Creating a new approach to UPC scanning
- Correcting design errors in disk controllers and memory boards

-Writing device drivers
-Assistance in the design of instruments for the analysis of data communications
-Designing adapter boards for the PC and PS/2 families
-Serving as a technical expert in litigation as an expert witness and consultant.
-Auditing the development process and status of products for CEOs, venture capitalists, and in mergers

### MILLENNIUM SYSTEMS, INC.

Millennium Systems was a developer and manufacturer of microprocessor-based design, test, and service instrument products.

<u>Vice President and Division Manager, Test Products.</u>  P&L responsibility for this business.  Responsible for and managed marketing and development for the line of hardware and software test products.  Also provided corporate-wide engineering services and product engineering.

<u>Vice President, Engineering.</u>  Responsible for the hardware and software development of the company's products.  Developed and managed a department of over 50 people involved in product design, software engineering, drafting, document control, and sustaining engineering.  Responsible for the cost-effective and timely release of more than 25 products into manufacturing and for providing technical support to marketing, sales, and operations.

### INTEL CORPORATION

<u>Engineering and Strategic Business Segment Manager, Instrument and Test Systems.</u>  Responsible for the development and management of a new operation engaged in the design and marketing of a microprocessor test instrument.

<u>Manager, Peripherals Engineering.</u>  Established a consolidated department and assumed responsibility for product planning, circuit design, and related software development of all microprocessor peripheral integrated circuits.  These included floppy disk controllers, data communications chips, and game controllers.

<u>Manager, Microcomputer Applications/Publications.</u>  Planned and established these new functions to provide product and systems applications information, coordinate Field Application Engineer activities, and develop reference manuals and other publications for the Microcomputer Division.

### AMERICAN MICROSYSTEMS, INC.

<u>Director of Engineering, Industrial Products.</u>  Responsible for the development of standard product software, integrated circuits, and systems.  Managed a staff of 25 in logic design, circuit design, software development, and product engineering.  Completely reorganized and restaffed operation.  Developed cost and project control systems and procedures.

### NOVAR CORPORATION/GTE INFO SYSTEMS

<u>Director of Systems Development; Director of Product Planning.</u>  Member of founding group for this computer terminal company which was merged into GTE.  Responsible for the development of new product specifications, electronic design, software support, and overall systems considerations.  Controlled all digital communication methods and protocols.

### LOCKHEED MISSILES & SPACE COMPANY

<u>Research Scientist.</u>  Conducted applied research and development in operating systems and file management.  Developed timesharing monitors, data base management systems, spooling systems, and associated utilities.  Performed original research in switching theory and digital system design.

**PATENTS**

    3,678,462 - "Memory for Storing Plurality of Variable Length Records."

    4,119,955 - "Circuit for Display, Such as Video Game Display."

    5,170,470 - "Integrated Modem Which Employs a Host Processor as its Controller."  Also issued as European Patent 0340613.

**PUBLICATIONS**

    "Primer for Lawyers:  Computer Technology and the Expert," in Corporate Counsel's Guide to LAW DEPARTMENT MANAGEMENT (Second), Business Laws, Inc., Chesterland, Ohio, 1995.

    "Basic Computer Terminology for Lawyers" (Video Tape), Practicing Law Institute, 810 Seventh Avenue, New York, NY, 1985.

    "An Overview of Microprocessor Applications," <u>Proceedings of the IEEE</u>, Vol. 64, No. 6, June 1976, pp. 951-953.

    "Minimal Shift Register Realizations of Sequential Machines," <u>IEEE Trans. on Electronic Computers,</u> Vol. EC-14, Oct. 1965, pp. 688-700.

    "State Assignments in Combinational Networks," with A. J. Bernstein, <u>IEEE Trans. on Electronic Computers,</u> Vol. EC-14, Oct. 1965, pp. 343-349.

    "Multiple Shift Register Realizations of Sequential Machines," Ph.D. Dissertation, Stanford University.  Also published as Technical Report 6-74-64-48, Lockheed Missiles & Space Co., Sunnyvale, CA, October 1964.

    "Comments on Armstrong's State Assignment Techniques," <u>IEEE Trans. on Electronic Computers,</u> Vol. EC-12, August 1963, pp. 407-408.

    "Thin Film Technologies for Space Electronic Components," with W. D. Fuller, <u>PGSET Record of the 1962 National Symposium on Space Electronics and Telemetry,</u> Oct. 1962, pp. 8.2-8.16.

    "Distributed Parameter Circuit Design Techniques," with P. S. Castro and H. F. Kaiser, <u>Space/Aeronautics R&D Handbook</u>, 1962.

**PRESENTATIONS**

    "Serving as a Neutral Expert", Forensic Expert Witness Association, San Francisco Chapter, Oakland, CA, April 15, 2009

    "The Non-Attorney Technical Master", Annual Meeting of the Academy of Court-Appointed Masters, Phoenix, AZ, January 31, 2009

    "A View of IP Litigation from an Expert Witness and Neutral", Silicon Valley Association of General Counsel 2008 All Hands Meeting, San Jose, CA, December 4, 2008

    "The Special Master as a Computer Technology Expert," in the American Law Institute of the American Bar Association course "The Art and Science of Serving as a Special Master in Federal and State Courts," Washington, DC, November 2, 2007

    "The Manger's Nightmare: Technical Litigation", IEEE Engineering Management Society, Santa Clara Valley Chapter, Santa Clara, CA, October 30, 2002

    "The Effective Use of Court-Appointed Neutral Experts in Technology Cases," with The Honorable Susan Illston, Alan MacPherson, Esq. and Norma Formanek, Esq., Northern California Chapter of the Association of Business Trial Lawyers, San Francisco, CA, June 13, 2000.

    "Beyond MIDI," The Twentieth Annual Asilomar Microcomputer Workshop, Asilomar, CA, April 20, 1994.

    "Introduction to Computers for Lawyers," Practicing Law Institute, New York, NY, February 25, 1985, September 18, 1986, and November 3, 1988.

"Effective Use of Expert Witnesses, An Expert's View," Practicing Law Institute, New York, NY, November 4, 1988.

"The Evolution of the Microcomputer," CACDP Fall Conference, Santa Cruz, CA, October 29, 1976.

"Microprocessor Update, 1975, IEEE Intercon 75, April 8, 1975.

"A Microprogrammable Framework for Experimental Machine Design," 2nd Annual Symposium on Microprogramming, Phoenix, AZ, October 1969.

"Modular Synthesis of Sequential Machines," 6th Annual Symposium on Switching Circuit Theory and Logical Design, University of Michigan, October 1965.  Appears in the <u>Proceedings</u>, pp. 62-70.

"Thin Film Integrated Components for Telemetry Subsystems," with W. D. Fuller, 18th Annual National Electronics Conference, Chicago, IL, October 1962.  Appears in the <u>Proceedings</u>, Vol. 18, pp. 669-684.

"Distributed Parameter Circuit Design Techniques," with P. S. Castro and H. R. Kaiser, WESCON, Los Angeles, CA, August, 1962.

## REVIEWS

"Contemporary Concepts of Microprogramming and Emulation," by Robert F. Rosin, <u>Computing Reviews</u>, Vol. 11, No. 12, December 1970, p. 682.

"The IBM 360/195," by J. O. Murphey and R. M. Wade, <u>Computing Reviews</u>, Vol. 11, No. 9, September 1970, p. 535.

"On Asymptotic Estimates in Switching and Automata Theory," by Michael A. Harrison, <u>Computing Reviews</u>, Vol. 7, No. 4, July-August 1966.

"Time-Varying Sequential Machines," by A. Gill.  <u>IEEE Trans. on Electronic Computers</u>, Vol. EC-14, February 1965, p. 90.

## SPECIAL ACTIVITIES

Lectured at Stanford University in the graduate departments of Electrical Engineering and Computer Science.

Chaired the Special Interest Group on Microprogramming in the ACM.

Served as an ACM National Lecturer.

## AVOCATIONS

Skiing, golf, scuba diving

See www.NeutralExpert.com for more information

Last Updated February 23, 2012