Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TELEBUYER, LLC,<br><br>    Plaintiff and<br>    Counterdefendant,<br><br>v.<br><br>AMAZON.COM, INC., *et al.*,<br><br>    Defendants and<br>    Counterclaimants. | NO. 2:13-cv-01677-BJR<br><br>**TELEBUYER'S SUBMISSION OF TECHNICAL ADVISOR CANDIDATE PURSUANT TO COURT'S NOVEMBER 5, 2014 ORDER (DKT. NO. 175)** |

Pursuant to the Court's November 5, 2014, Order (Dkt. No. 175), Telebuyer submits the following additional candidate to serve as Technical Advisor to the Court:

    Mr. Richard D. Egan
    Egan, Peterman & Enders LLP
    1101 S. Capital of Texas Highway, Building C, Suite 200
    Austin, Texas 78746
    Website: http://oepelaw.com/richard-d-egan/
    Email: regan@oepelaw.com
    Telephone: (512) 347-1611 x 15

According to Mr. Egan's website, he has a degree in electrical engineering and has served as a Court-appointed technical advisor or special master in over 100 patent cases, for fifteen different United States District Judges in the Middle District of Florida, District of

TELEBUYER'S SUBMISSION OF
TECHNICAL ADVISOR CANDIDATE
NO. 2:13-cv-01677-BJR – Page 1



818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

1  Nevada, Western District of Pennsylvania, District of Puerto Rico, Eastern District of
2  Texas, and Northern District of Texas.  Many of those cases involve technologies discussed
3  by the parties during the November 5, 2014 conference with the Court as relevant to this
4  case.  *See, e.g., EON Corporation v. AT&T Mobility et al.*, 3:11-CV-01555 (D.P.R.)
5  (telecommunications technology); *800 Adept, Inc. v. AT&T Mobility, LLC, et al.*, 5:07-CV-
6  23 (E.D. Tex.) (telephone technology); *Soverain Software v. J.C. Penney Corp. et al.*, 6:09-
7  CV-274 (E.D. Tex.) (e-commerce and internet technology); *Gwin, Inc. v. Don Best Sports
8  et al.*, 2:06-CV-318 (E.D. Tex.) (e-commerce technology); *Web Telephony v. Bell Atlantic
9  Communications, Inc. et al.*, 2:07-CV-85 (E.D. Tex.) (telephone and Internet technologies).

10  Telebuyer is unaware of any conflicts that would disqualify Mr. Egan.  Mr. Egan
11  has no prior relationship or connection with Telebuyer, and Telebuyer is not aware of any
12  prior relationship or connection with Amazon.  Telebuyer further notes that last year
13  Amazon agreed to and jointly proposed Mr. Egan as a technical advisor in *PersonalWeb
14  Technologies, LLC et al. v. Amazon.com, Inc. et al.*, 6:11-cv-00658, Dkt. No. 121 (E.D.
15  Tex. May 8, 2013).

16  Telebuyer certifies that it has had no contact, either directly or indirectly, with Mr.
17  Egan.  A copy of Mr. Egan's biographical information listed on his website is attached as
18  Exhibit A.
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///

TELEBUYER'S SUBMISSION OF
TECHNICAL ADVISOR CANDIDATE
NO. 2:13-cv-01677-BJR – Page 2

YARMUTH WILSDON PLLC
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

| | |
|---|---|
| 1 | DATED: November 6, 2014. |
| 2 | |
| 3 | |

DATED: November 6, 2014.

By: */s/ Marc J. Pensabene*
Mark A. Samuels (*pro hac vice*)
Brian M. Berliner (*pro hac vice*)
Xin-Yi Zhou (*pro hac vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: 213.430.6000
Facsimile: 213.430.6407
Email: msamuels@omm.com;
bberliner@omm.com; vzhou@omm.com;

Marc J. Pensabene (*pro hac vice*)
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
Telephone: 212.326.2070
Facsimile: 212.326.2061
Email: mpensabene@omm.com

Jonathan Crawford (*pro hac vice*)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone: 650.473.2615
Facsimile: 650.473.2601
Email: jcrawford@omm.com

*/s/ Jeremy E. Roller*
Jeremy E. Roller, WSBA No. 32021
Diana S. Breaux, WSBA No. 46112
YARMUTH WILSDON PLLC
818 Stewart Street, Suite 1400
Seattle, WA 98101
Telephone: 206.516.3800
Facsimile: 206.516.3888
Email: jroller@yarmuth.com;
dbreaux@yarmuth.com

*Attorneys for Plaintiff and
Counterdefendant Telebuyer, LLC*

TELEBUYER'S SUBMISSION OF
TECHNICAL ADVISOR CANDIDATE
NO. 2:13-cv-01677-BJR – Page 3



818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Brian D. Buckley
Ewa M. Davison
Fenwick & West LLP
bbuckley@fenwick.com
edavison@fenwick.com

Matthew J. Moore
Michael J. Gerardi
Latham & Watkins LLP
matthew.moore@lw.com
michael.gerardi@lw.com

Douglas E. Lumish
Richard G. Frenkel
Gabriel S. Gross
Patricia Young
Eugene Chiu
Latham & Watkins LLP
doug.lumish@lw.com
rick.frenkel@lw.com
gabe.gross@lw.com
patricia.young@lw.com
eugene.chiu@lw.com

Cassius K. Sims
Latham & Watkins LLP
cassius.sims@lw.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: November 6, 2014 at Seattle, Washington.

*s/Kelly M. Kennedy*
Kelly M. Kennedy, Legal Assistant

TELEBUYER'S SUBMISSION OF
TECHNICAL ADVISOR CANDIDATE
NO. 2:13-cv-01677-BJR – Page 4

761.01 ok061501 11/6/14



818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

# EXHIBIT A



Egan, Peterman & Enders, LLP

| Home | Our Practice | Attorneys | Contact Us |

# Richard D. Egan

You are here:  Home    Richard D. Egan



(512) 347-1611 x 15
regan@oepelaw.com
vCard

Area of Practice
Technical Advisor / Special Master Appointments
Mediation / Arbitration Appointments
Professional Background
Education
Admissions
Memberships

## Area of Practice

Mr. Egan has worked extensively as both a neutral and non-neutral in patent litigation matters. He serves as a neutral court appointed technical advisor/special master for Federal Courts with regard to Markman Hearings and Summary Judgment motions. Mr. Egan's work as a neutral also includes court appointed mediator positions and arbitration judge positions in patent litigation matters. As a non-neutral, Mr. Egan serves as an expert witness with regard to patent matters and also provides patent litigation support/management assistance.

Mr. Egan's non-litigation work focuses on strategic patent counseling including patent portfolio evaluations, opinions of counsel, developing intellectual property strategies for emerging companies, and intellectual property licensing. A portion of Mr. Egan's work also relates to patent application drafting and prosecution.

Top of Page

## Technical Advisor / Special Master Appointments

Mr. Egan has served as a court appointed Technical Advisor / Special Master to over fifteen different Federal Judges in the district courts for the Middle District of Florida, District of Nevada, Western District of Pennsylvania, District of Puerto Rico, Eastern District of Texas, and Northern District of Texas, including the following cases:

*Tantivy Communications v. Lucent Technologies*, 2:04-CV-79
Federal District Court for the Eastern District of Texas
Appointed 5/2005 – Judge Ward

*z4 Technologies v. Microsoft Corp. and Autodesk Inc.*, 2:04-CV-335
Federal District Court for the Eastern District of Texas
Appointed 6/2005 – Judge Davis/Magistrate Judge Guthrie

*Toshiba Corp. v. Hynix Semiconductor*, 3:04-CV-2392-B
Federal District Court for the Northern District of Texas
Appointed 8/2005 – Judge Boyle

*Epic Realm v. Speedera*, 2:05-CV-150

Federal District Court for the Eastern District of Texas
Appointed 9/2005 – Magistrate Judge Craven

*ConnecTel v. Cisco Systems*, 2:04-CV-396
Federal District Court for the Eastern District of Texas
Appointed 10/2005 – Judge Davis

*Epic Realm v. AutoFlex Leasing et al. /*
*Epic Realm v. Franklin Covey Co., et al.*, 2:05-CV-163 and 2:05-CV-356
Federal District Court for the Eastern District of Texas
Appointed 12/2005 – Magistrate Judge Craven

*Golden Bridge Technology v. Nokia and Lucent Technologies*, 2:05-CV-151
Federal District Court for the Eastern District of Texas
Appointed 1/23/06 – Magistrate Judge Love

*Fenner Investments, Ltd. v. Juniper Networks, Inc. et al.*, 2:05-CV-5
Federal District Court for the Eastern District of Texas
Appointed 1/23/06 – Magistrate Judge Love

*Advanced Neuromodulation Systems v. Advanced Bionics*, 4:04-CV-131
Federal District Court for the Eastern District of Texas
Appointed 6/20/06 – Judge Schell

*Mediatek, Inc. v. Sanyo*, 6:05-CV-323
Federal District Court for the Eastern District of Texas
Appointed 9/18/06 – Judge Davis

*Biax Corp. v. Intel Corp. and Analog Devices Inc.*, 2:05-CV-00184
Federal District Court for the Eastern District of Texas
Appointed 10/18/06 – Judge Ward

*Reid v. General Motors Corp.*, 2:05-CV-401, 2:07-CV-19
Federal District Court for the Eastern District
Appointed 4/2007 – Judge Folsom

*Pioneer Corp. v. Samsung SDI Co., Ltd.*, 06-CV-384
Federal District Court for the Eastern District of Texas
Appointed 8/2007 – Judge Folsom

*Garmin Ltd v. Tomtom, Inc.*, 2:06-CV-338
Federal District Court for the Eastern District of Texas
Appointed 8/2007 – Judge Davis

*Input/Output, Inc., et al., v. Sercel, Inc.*, 5:06-CV-00236
Federal District Court for the Eastern District of Texas
Appointed 9/2007 – Magistrate Judge Craven

*Gwin, Inc. v. Don Best Sports et al.*, 2:06-CV-318
Federal District Court for the Eastern District of Texas
Appointed 10/2007 – Judge Davis

*Web Telephony v. Bell Atlantic Communications, Inc. et al.*, 2:07-CV-85
Federal District Court for the Eastern District of Texas
Appointed 11/2007 – Judge Folsom

*RFID World Ltd. v. Wal-Mart Stores, Inc. et al.*, 2:07-CV-85
Federal District Court for the Eastern District of Texas
Appointed 11/2007 – Judge Davis

*Bear Creek Technologies, Inc. v. J2 Global Communications, Inc.*, 5:07-CV-00071
Federal District Court for the Eastern District of Texas
Appointed 1/2008 – Magistrate Judge Craven

*Z4 Technologies, Inc. v. Microsoft Corporation*, 6:07-CV-00540
Federal District Court for the Eastern District of Texas
Appointed 3/2008 – Judge Davis

Appointed 3/2008 – Judge Davis

*Colorquick, LLC. v. Eastman Kodak Company*, 6:07-CV-390
Federal District Court for the Eastern District of Texas
Appointed 3/2008 – Judge Davis

*Morris Reese v. AT&T et al.*, 2:07-CV-219
Federal District Court for the Eastern District of Texas
Appointed 3/2008 – Judge Folsom

*Advanced Technology Incubator v. Sharp Corporation et al.*, 2:07-CV-468
Federal District Court for the Eastern District of Texas
Appointed 4/2008 – Magistrate Judge Bryant

*800 Adept, Inc. v. AT&T Mobility, LLC, et al.*, 5:07-CV-23
*800 Adept, Inc. v. Enterprise Rent-A-Car, Company, et al.*, 5:07-CV-57
Federal District Court for the Eastern District of Texas
Appointed 5/2008 – Magistrate Judge Craven

*Parallel Networks, LLC. v. Netflix, Inc. et al.*, 2:07-CV-562
*Parallel Networks, LLC. v. Priceline.com, Inc. et al.*, 2:08-CV-45
Federal District Court for the Eastern District of Texas
Appointed 5/2008 – Judge Folsom

*Verizon Services Corporation, et al. v. Charter Fiberlink et al.*, 5:08-CV-25
Federal District Court for the Eastern District of Texas
Appointed 6/2008 – Judge Folsom

*Lonestar Inventions v. Nintendo of America*, 6:07-CV-261
*Lonestar Inventions v. Sandisk Corp.*, 6:07-CV-374
*Lonestar Inventions v. Xilinx*, 6:07-CV-393
*Lonestar Inventions v. Matsushita Electric*, 6:08-CV-43
Federal District Court for the Eastern District of Texas
Appointed 8/2008 – Judge Davis

*Motorola, Inc. v. Vtech Communications, Inc. et al.*, 5:07-CV-171
Federal District Court for the Eastern District of Texas
Appointed 9/2008 – Magistrate Judge Craven

*Linex Technologies, Inc. v. Belkin International et al.*, 2:07-CV-222
Federal District Court for the Eastern District of Texas
Appointed 11/2008 – Judge Davis

*Aloft Media, LLC. v. Microsoft Corp., et al.*, 6:08-CV-50
Federal District Court for the Eastern District of Texas
Appointed 12/2008 – Magistrate Judge Love

*Fenner Investment v. 3COM Corporation et al.*, 6:08-CV-061
Federal District Court for the Eastern District of Texas
Appointed 12/2008 – Magistrate Judge Love

*MacLean-Fogg Company v. Eaton Corporation*, 2:07-CV-472
Federal District Court for the Eastern District of Texas
Appointed 3/2009 – Judge Davis

*Voxpath Networks v. Verizon Business Networks et al.*, 4:08-CV-127
Federal District Court for the Eastern District of Texas
Appointed 5/2009 – Judge Schell

*Cheetah Omni v. Samsung Electronics et al.*, 6:08-CV-279
Federal District Court for the Eastern District of Texas
Appointed 7/2009 – Judge Davis

*Texas Advanced Optoelectronic Solutions v. Intersil Corporation*, 4:08-CV-451
Federal District Court for the Eastern District of Texas
Appointed 7/2009 – Judge Schell
*Nidec v. LG Innotek*, 6:07-CV-108

Federal District Court for the Eastern District of Texas
Appointed 9/2009 – Magistrate Judge Love

*Konami Digital v. Harmonix*, 6:08-CV-286
Federal District Court for the Eastern District of Texas
Appointed 9/2009 – Magistrate Judge Love

*Aloft Media v. Microsoft Corporation*, 6:08-CV-51
Federal District Court for the Eastern District of Texas
Appointed 9/2009 – Magistrate Judge Love

*Marshall Patent Holdings v. Incomm Holdings, Inc. et al.*, 6:08-CV-222
*Marshall Patent Holdings v. Ipsmarx Technology et al.*, 6:08-CV-75
Federal District Court for the Eastern District of Texas
Appointed 10/2009 – Judge Davis

*Variant, Inc. v. Flexsol Packaging Corp., et al.*, 6:08-CV-478
Federal District Court for the Eastern District of Texas
Appointed 1/2010 – Judge Davis

*Aldav, LLC et al., v. Clear Channel Communications*, 6:09-CV-170
Federal District Court for the Eastern District of Texas
Appointed 2/2010 – Magistrate Judge Love

*Dr. Raul Chirife v. St. Jude Medical, Inc., Pacesetter, Inc.,*
*agent of St. Jude Medical Cardiac Rhythm Management Division,*
*St. Jude Medical S.C., Inc.*, 6:08-CV-480
Federal District Court for the Eastern District of Texas
Appointed 3/2010 – Judge Davis

*Fractus, S.A. v. Samsung Electronics Co., Ltd. et al.*, 6:09-CV-203
Federal District Court for the Eastern District of Texas
Appointed 6/2010 – Magistrate Judge Love

*Cheetah Omni LLC v. Verizon Communications et al.*, 6:09-CV-260
Federal District Court for the Eastern District of Texas
Appointed 7/2010 – Judge Davis

*Colorquick v. Vistaprint et al.*, 6:09-CV-323
Federal District Court for the Eastern District of Texas
Appointed 7/2010 – Magistrate Judge Love

*Bedrock Computer Technologies v. Softlayer Technologies et al.*, 6:09-CV-269
Federal District Court for the Eastern District of Texas
Appointed 8/2010 – Judge Davis

*Southwire Co. v. Encore Wire Corp. et al.*, 6:09-CV-289
Federal District Court for the Eastern District of Texas
Appointed 8/2010 – Judge Davis

*Soverain Software v. J.C. Penney Corp. et al.*, 6:09-CV-274
Federal District Court for the Eastern District of Texas
Appointed 8/2010 – Judge

*Aloft Media, LLC v. Oracle Corporation et al.*, 6:09-CV-304
Federal District Court for the Eastern District of Texas
Appointed 10/2010 – Magistrate Judge Love

*Southwire Company v. Encore Wire Corporation*, 6:09-CV-382
Federal District Court for the Eastern District of Texas
Appointed 11/2010 – Judge Davis

*Raylon, LLC v. Complus Data Innovations et al.,*
*Raylon, LLC v. EZ Tag Corporation et al.*, 6:09-CV-355 and 6:09-CV-357
Federal District Court for the Eastern District of Texas
Appointed 11/2010 – Judge Davis

*Red Hat, Inc. v. Bedrock Computer Technologies, LLC*, 6:09-CV-549
Federal District Court for the Eastern District of Texas
Appointed 12/2010 – Magistrate Judge Love

*Sipco, LLC v. Datamatic, Ltd. et al.*, 6:09-CV-532
Federal District Court for the Eastern District of Texas
Appointed 3/2011 – Magistrate Judge Love

*Marshall Packaging Co. v. Pepsico, Inc. et al.*, 6:10-CV-12
Federal District Court for the Eastern District of Texas
Appointed 3/2011 – Judge Davis

*Whetstone Electronics, LLC v. Xerox Corporation et al.*, 6:10-CV-278
Federal District Court for the Eastern District of Texas
Appointed 5/2011 – Magistrate Judge Love

*Ceats, Inc. v. Continental Airlines et al.*, 6:10-CV-120
Federal District Court for the Eastern District of Texas
Appointed 5/2011 – Judge Davis

*Patent Harbor v. LG Electronics*, 6:10-CV-436
*Patent Harbor v. Audiovox Corporation*, 6:10-CV-361
*Patent Harbor v. Twentieth Century Fox Home Entertainment*,
6:10-CV-607 Federal District Court for the Eastern District
of Texas – Appointed 7/2011 – Magistrate Judge Love

*Oasis Research, LLC v. Adrive LLC, et al.*, 4:10-CV-435
Federal District Court for the Eastern District of Texas
Appointed 11/2011 – Magistrate Judge Mazzant

*Red River Fiber Optic Corp. v. Verizon Services Corp. et al.*,
3:11-CV-1010 Federal District Court for the Northern
District of Texas – Appointed 12/2011 – Judge Kaplan

*Sipco, LLC v. Abb Inc. et al.*, 6:11-CV-48
*Sipco, LLC v. Energate, Inc. et al.*, 6:10-CV-533
Federal District Court for the Eastern District of Texas
Appointed 1/2012 – Magistrate Judge Love

*Franklin Inventions, LLC v. Election Systems & Software et al.*, 2:09-CV-377
Federal District Court for the Eastern District
of Texas – Appointed 1/2012 – Magistrate Judge Payne

*EMG Technology v. Dr. Pepper Snapple et al.*, 6:10-CV-536
*EMG Technology v. Radio Shack et al.*, 6:11-CV-488
Federal District Court for the Eastern District of Texas
Appointed 1/2012 – Judge Davis

*Secure Axcess, LLC v. Bank of America Corp.*, *et al.*, 6:10-CV-670
Federal District Court for the Eastern District of
Texas – Appointed 2/2012 – Judge Davis

*Wi-Lan, Inc. v. Alcatel-Lucent et al.*, 6:10-CV-521
Federal District Court for the Eastern District of Texas
Appointed 2/2012 – Judge Davis

*Lonestar Inventions, L.P. v. Sony Electronics Inc.*, 6:10-CV-588
*Cadence Design Systems, Inc. v. OEA International, Inc. et al.*,
6:11-CV-532 Federal District Court for the Eastern
District of Texas – Appointed 3/2012 – Judge Love

*Memtech, LLC v. Analog Devices et al.*, 6:11-CV-25
Federal District Court for the Eastern District of Texas
Appointed 4/2012 – Judge Love
*Acticon Technologies LLC v. Creative Labs et al.*, 2:08-CV-
104 Federal District Court for the Eastern District of Texas

194 Federal District Court for the Eastern District of Texas
Appointed 4/2012 – Magistrate Judge Payne

*Ganas, LLC v. Sabre et al.*, 2:10-CV-320
Federal District Court for the Eastern District of Texas
Appointed 4/2012 – Judge Gilstrap

*Intel Corporation v. Negotiated Data Solutions*, 2:08-CV-319
Federal District Court for the Eastern District of Texas
Appointed 4/2012 – Magistrate Judge Caroline Craven

*Synqor, Inc. v. Ericsson, Inc. et al.*, 2:11-CV-54
Federal District Court for the Eastern District of Texas
Appointed 5/2012 – Magistrate Judge Caroline Craven

*Microunity Systems v. Apple, Inc. et al.*, 2:10-CV-9, 2:10-CV-185
Federal District Court for the Eastern District of
Texas – Appointed 6/2012 – Magistrate Judge Payne

*Stambler v. Atmos Energy et al.*, 6:10-CV-594
*Stambler v. American Eagle Outfitters, Inc. et al.,* 6:11-CV-460
Federal District Court for the Eastern District of Texas
Appointed 6/2012 – Judge Gilstrap

*Stambler v. American Eagle Outfitters, Inc. et al.,* 6:11-CV-460
Federal District Court for the Eastern District of Texas
Appointed 6/2012 – Magistrate Judge Love

*Patent Harbor v. Dreamworks Animation et al.*, 6:11-CV-229
*Patent Harbor v. On-Demand Publishing LLC*, 6:11-CV-538
*Patent Harbor v. The Criterion Collection, Inc.*, 6:11-CV-535
Federal District Court for the Eastern District of Texas
Appointed 6/2012 – Magistrate Judge Love

*Tracbeam LLC v. AT&T Inc.*, 6:11-CV-96
Federal District Court for the Eastern District of Texas
Appointed 7/2012 – Judge Davis

*Net Navigation v. Huawei Technologies et al.*, 4:11-CV-662
*Net Navigation v. Cisco Systems et al.*, 4:11-CV-660
*Net Navigation v. Alcatel-Lucent et al.*, 4:11-CV-663
Federal District Court for the Eastern District of Texas
Appointed 8/2012 – Magistrate Judge Mazzant

*Semiconductor Ideas To The Market BV v. Texas Inst. et al.,*
1:11-CV-451 Federal District Court for the Eastern District
of Texas – Appointed 8/2012 – Magistrate Judge Giblin

*Amit Jaipura et al. v. Linkedin Corporation et al.*, 6:11-CV-66
Federal District Court for the Eastern District of Texas
Appointed 9/2012 – Judge Davis

*Parkervision, Inc. v. Qualcomm Inc.*, 3:11-CV-719-37
Federal District Court for the Middle District of Florida
Appointed 9/2012 – Judge Dalton

*C2 Communications v. Paetec Corp.*, 2:11-CV-437
Federal District Court for the Eastern District of Texas
Appointed 10/2012 – Magistrate Judge Payne

*Negotiated Data Solutions v. Apple et al.*, 2:11-CV-390
Federal District Court for the Eastern District of Texas
Appointed 10/2012 – Judge Gilstrap

*Wildcat Intellectual Property Holdings v. 4Kids Entertainment et al.*, 2:11-CV-305
Federal District Court for the Eastern District of Texas, Marshall Division
Appointed 11/2012 – Judge Gilstrap

*Eidos Display et al. v. Au Optronics Corp.*, 6:11-CV-201
Federal District Court for the Eastern District of Texas
Appointed 11/2012 – Magistrate Judge Love

*IP Co. v. Ingersoll-Rand Co. et al.*, 6:11-CV-439
Federal District Court for the Eastern District of Texas
Appointed 11/2012 – Judge Davis

*In re: Maxim Integrated Products Inc.*, 2:12-MC-244
Multi District Litigation
Federal District Court for the Western District of Pennsylvania
Appointed in Case 11/2012 – Judge Conti

*C-Cation Technologies v. Comcast Corporation et al.*, 2:11-CV-30
Federal District Court for the Eastern District of Texas
Appointed 12/2012 – Magistrate Judge Caroline Craven

*Advanced Processor Technologies v. Analog Devices et al.*, 2:11-CV-19
Federal District Court for the Eastern District of Texas, Marshall Division
Appointed 12/2012 – Magistrate Judge Payne

*Advanced Processor Technologies v. Atmel Corp.*, 2:12-CV-152
Federal District Court for the Eastern District of Texas
Appointed 12/2012 – Magistrate Judge Payne

*Stragent et al. v. Pioneer Electronics et al.*, 6:11-CV-278
Federal District Court for the Eastern District of Texas
Appointed 12/2012 – Magistrate Judge Love

*Fenner Investments v. Cellco et al.*, 6:11-CV-348
Federal District Court for the Eastern District of Texas
Appointed 12/2012 – Magistrate Judge Love

*Norman IP Holdings v. Brother International et al.*, 6:11-CV-495
Federal District Court for the Eastern District of Texas
Appointed 2/2013 – Judge Davis

*ICH Intellectual Capital Holdings, Inc. v. Badger Meter et al.*, 6:11-CV-468
Federal District Court for the Eastern District of Texas
Appointed 3/2013 – Magistrate Judge Love

*Leon Stambler v. Newegg, Inc.*, 2:12-CV-78
Federal District Court for the Eastern District of Texas
Appointed 3/2013 – Judge Gilstrap

*Simpleair, Inc. v. Microsoft Corporation et al.*, 2:11-CV-416
Federal District Court for the Eastern District of Texas
Appointed 3/2013 – Judge Gilstrap

*Ideative Product Ventures v. Sears*, 4:12-CV-277
Federal District Court for the Eastern District of Texas
Appointed 3/2013 – Magistrate Judge Mazzant

*Phoenix Licensing v. Nationwide Mutual*, 2:12-CV-208
*Phoenix Licensing v. Aegon*, 2:10-CV-212
*Phoenix Licensing v. Aetna*, 2:11-CV-285
*Phoenix Licensing v. Alliance Data Systems*, 2:11-CV-286
Federal District Court for the Eastern District of Texas
Appointed 3/2013 – Magistrate Judge Payne

*Personalized Media v. Zynga* (2:12-CV-68)
Federal District Court for the Eastern District of Texas, Marshall Division
Appointed 4/2013 – Magistrate Judge Payne

*Mobile Communications v. Clearwire*, 2:12-CV-308
Federal District Court for the Eastern District of Texas

Appointed 4/2013 – Magistrate Judge Payne

*Personalweb Technologies v. Apple et al.*, 6:11-CV-657; 660; 655; 658; 683 and 656
and 6:12-cv-658; 660; 663; 659 and 662
Federal District Court for the Eastern District of Texas
Appointed 5/2013 – Judge Davis

*EON Corporation v. AT&T Mobility et al.*, 3:11-CV-01555
Federal District Court for the District of Puerto Rico
Civil Action No. 3:11-cv-01555FAB-SCC
Appointed 7/2013 – Magistrate Judge Carreno-Coll

*Core Wireless Licensing v. Apple*, 6:12-CV-100
Federal District Court for the Eastern District of Texas, Tyler Division
Appointed 7/2013 – Magistrate Judge Love

*PersonalWeb Technologies v. Rackspace et al.*, 6:12-CV-659
Federal District Court for the Eastern District of Texas, Tyler Division
Appointed 7/2013 – Judge Davis

*American Vehicular Sciences v. Toyota et al.*, 6:12-CV-404
Federal District Court for the Eastern District of Texas, Tyler Division
Appointed 9/2013 – Magistrate Judge Love

*Capital Security Systems v. JPMorgan Chase Bank et al.*, 2:12-CV-604
Federal District Court for the Eastern District of Texas, Marshall Division
Appointed 10/2013 – Magistrate Judge Payne

*Dietgoal Innovations v. Kellan Restaurant et al.*, 2:12-CV-761
Federal District Court for the Eastern District of Texas, Marshall Division
Appointed 10/2013 – Magistrate Judge Payne
6,585,516

*American Vehicular Sciences v. Mercedes-Benz et al.*, 6:13-CV-307
Federal District Court for the Eastern District of Texas, Tyler Division
Appointed 1/2014 – Magistrate Judge Love

*American Vehicular Sciences v. Huyndai Motor et al.*, 6:13-CV-270
Federal District Court for the Eastern District of Texas, Tyler Division
Appointed 1/2014 – Magistrate Judge Love

*Personal Audio, LLC. V. Togi Entertainment, Inc.*, 2:13-CV-13
Federal District Court for the Eastern District of Texas, Marshall Division
Appointed 1/2014 – Magistrate Judge Payne

*Mears Technologies v. Finisar Corp.*, 2:13-CV-376
Federal District Court for the Eastern District of Texas, Marshall Division
Appointed 4/2014 – Judge Gilstrap

*Motion Games v. Nintendo Co et al.*, 6:12-CV-878
Federal District Court for the Eastern District of Texas, Tyler Division
Appointed 4/2014 – Magistrate Judge Love

*Westinghouse Electric v. Zetec, Inc.*, 2:13-CV-01124
Federal District Court for the Western District of Pennsylvania
Civil Action No.2:13-CV-01124
Appointed 5/2014 – Judge Fischer

*Unwired Planet LLC. V. Google, Inc.*, 3:12-CV-00504
Federal District Court for the District of Nevada
Civil Action No. 3:12-CV-00504
Appointed in Case 6/2014 – Judge Du

Top of Page

## Mediation / Arbitration Appointments

Mr. Egan has served as a court appointed mediator and arbitration judge in patent litigations, including the following:

*Fenner Investments, Ltd. v. Hewlett-Packard Co. and Dell, Inc.*, 6:08-CV-273
Federal District Court for the Eastern District of Texas
Appointed 1/2010 – Magistrate Judge Love – Fenner-Hewlett-Packard Mediation

*Fenner Investments, Ltd. v. Hewlett-Packard Co. and Dell, Inc.*, 6:08-CV-273
Federal District Court for the Eastern District of Texas
Appointed 1/2010 – Magistrate Judge Love – Fenner-Dell Mediation

*Private Arbitration 2014* – Patent dispute between two Fortune 200 companies; served as mini-trial Judge

Top of Page

## Professional Background

Mr. Egan has worked in private practice for over 20 years focusing on patent matters. Mr. Egan's current practice includes a mix of court appointed neutral work, strategic patent counseling and patent procurement activities.

Mr. Egan has served in a variety of capacities as an appointed neutral in over one hundred patent disputes. Mr. Egan's role as either a technical advisor or a special master has focused on claim construction issues raised in Markman Hearings and Summary Judgment Motions. Mr. Egan has also been appointed as a mediator and arbitration judge in patent matters.

Mr. Egan has represented clients in negotiations related to patent enforcement positions and defensive positions. His work has included the technical and legal analysis related to patent evaluations and the resolution and licensing related to such work. Mr. Egan has rendered numerous formal opinions of counsel for offensive and defensive positions. With regard to litigation matters, Mr. Egan has provided an in-house patent counsel role to those clients without in-house patent counsel. For those clients with in-house patent counsel, he has provided continued litigation assistance, particularly with regard to technical positions. Mr. Egan has also served as a litigation expert witness.

Mr. Egan's patent procurement activities relate to patent applications and prosecution for strategic inventions. In this role, he focuses on the patent applications for an entity's initial intellectual property filings. In addition, with regard to more mature companies he specializes in strategic applications where intellectual property violations are likely or where improvements in intellectual property coverage are desired.

Prior to forming O'Keefe, Egan, Peterman & Enders, Mr. Egan was an associate at Arnold, White and Durkee from 1992-1996. In that capacity Mr. Egan was involved primarily in patent litigation activities. Mr. Egan's litigation experience covered a wide range of technical subject areas with an emphasis in the semiconductor field.

Prior to entering the legal field, Mr. Egan was a development integration engineer at Advanced Micro Devices from 1985-1989. In that capacity he worked on transferring new products from research and development into high volume manufacturing. His experience included both product engineering and manufacturing engineering. The primary products he was involved with included non-volatile memories, static memories, and microcontrollers.

Top of Page

## Education
University of Texas at Austin, J.D., with high honors, 1991; Order of the Coif;
Chancellors; Associate Editor, Texas Law Review, 1991-1992.
University of Texas at Austin, B.S.E.E., with highest honors, 1985.

## Admissions
State Bar of Texas 1992
U.S. Court of Appeals, Federal Circuit
U.S. District Court, Western, Northern and Southern Districts of Texas
U.S. District Court, Northern District of California,
Registered to practice before the U.S. Patent and Trademark Office

## Memberships
State Bar of Texas; American Intellectual Property Law Association;
Austin Intellectual Property Law Association

Top of Page

| An Intellectual Property Law Firm | What We Do | Our Location | Contact Details |
|---|---|---|---|
| | We help our clients assess patent positions, procure patent assets, and develop IP strategies in a wide range of technology fields. | 1101 S. Capital of Texas Highway Building C, Suite 200 Austin, TX 78746 | Phone: (512) 347-1611 Email: firm@oepelaw.com |

Legal Notice and Terms of Use

Home | Our Practice | Attorneys | Contact Us