The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TELEBUYER, LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON WEB SERVICES LLC, and VADATA, INC., <br><br> Defendants. | Case No. 2:13-cv-01677-BJR <br><br> **AMAZON'S MOTION TO SEAL AMAZON'S OBJECTIONS TO TELEBUYER'S PROPOSED TECHNICAL ADVISOR CANDIDATE** <br><br> <u>Note on Motion Calendar</u>: <br><br> **NOVEMBER 7, 2014** |
| AMAZON.COM, INC., AMAZON WEB SERVICES LLC, and VADATA, INC., <br><br> Counterclaimants, <br><br> v. <br><br> TELEBUYER, LLC, <br><br> Counterclaim-Defendant. | |

MOTION TO SEAL AMAZON'S OBJECTIONS
Case No. 2:13-cv-01677-BJR

Fenwick & West LLP
1191 Second Avenue, 10th Floor
Seattle, Washington 98101
telephone 206.389.4510
facsimile 206.389.4511

1    Defendants and Counterclaimants Amazon.com, Inc., Amazon Web Services LLC, and
2 VADATA, Inc. (collectively, "Amazon") respectfully move the Court to enter an order to file
3 under seal Amazon's Objections to Telebuyer's Proposed Technical Advisor Candidate. Ama-
4 zon brings this motion pursuant to Federal Rule of Civil Procedure 26(c)(1)(G) and Local Civil
5 Rule 5(g). Counsel for Telebuyer objects to this motion. (Chiu Decl., ¶ 3.)

6    Courts may seal filings that impose "undue burden or expense" on a party. Fed. R. Civ.
7 Proc. 26(c)(1). Telebuyer's proposed Technical Advisor candidate is frequently appointed as an
8 expert or neutral in Eastern District of Texas patent cases, including cases in which Amazon has
9 been or will be involved. Recognizing the sensitive nature of party objections to such advisors
10 who may be assigned to cases despite such objections, the Eastern District of Texas has permit-
11 ted objections to a technical advisor to be submitted *in camera*. *See, e.g.*, *American Vehicular*
12 *Sciences LLC v. Subaru of America, Inc.*, Civ. No. 13-cv-00229-JDL, D.I. 52 (E.D. Tex.). And
13 the public's need for access to these objections is limited, at best. *Kamakana v. City and County*
14 *of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (the public has little need for access to docu-
15 ments that are "unrelated, or only tangentially related, to the underlying cause of action").

16    For these reasons, Amazon respectfully asks the Court to seal its objections in this action
17 so as to protect the confidentiality of those objections and, given Telebuyer's candidate Advi-
18 sor's close connection to the Eastern District of Texas, to provide the same level of confidentiali-
19 ty that would be afforded in that court.

MOTION TO SEAL AMAZON'S OBJECTIONS
Case No. 2:13-cv-01677-BJR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

| | | |
|---|---|---|
| 1 | November 7, 2014 | Respectfully submitted, |
| 2 | | By: *s/ Richard G. Frenkel* |
| 3 | | Matthew J. Moore (*pro hac vice*) |
| | | matthew.moore@lw.com |
| 4 | | LATHAM & WATKINS LLP |
| | | 555 Eleventh Street, NW, Suite 1000 |
| 5 | | Washington, D.C.  20004-1304 |
| | | Telephone:  (202) 637-2200 |
| 6 | | Facsimile:  (202) 637-2201 |
| 7 | | |
| | | Douglas E. Lumish (*pro hac vice*) |
| 8 | | doug.lumish@lw.com |
| | | Richard G. Frenkel (*pro hac vice*) |
| 9 | | rick.frenkel@lw.com |
| | | Gabriel S. Gross (*pro hac vice*) |
| 10 | | gabe.gross@lw.com |
| | | Patricia Young (*pro hac vice*) |
| 11 | | patricia.young@lw.com |
| | | Eugene Chiu (*pro hac vice*) |
| 12 | | eugene.chiu@lw.com |
| 13 | | LATHAM & WATKINS LLP |
| | | 140 Scott Drive |
| 14 | | Menlo Park, California  94025-1008 |
| | | Telephone: (650) 328-4600 |
| 15 | | Facsimile:  (650) 463-2600 |
| 16 | | |
| 17 | | *s/ Brian D. Buckley* |
| | | Brian D. Buckley, WSBA No. 26423 |
| 18 | | Ewa M. Davison, WSBA No. 39524 |
| | | FENWICK & WEST LLP |
| 19 | | 1191 Second Avenue, 10th Floor |
| 20 | | Seattle, Washington 98101 |
| | | Phone:  (206) 389-4510 |
| 21 | | Fax:  (206) 389-4511 |
| | | Email:  bbuckley@fenwick.com |
| 22 | |  edavison@fenwick.com |
| 23 | | |
| | | Counsel for Defendants |
| 24 | | AMAZON.COM, INC., AMAZON WEB |
| | | SERVICES LLC, and VADATA, INC. |
| 25 | | |
| 26 | | |
| 27 | | |

MOTION TO SEAL AMAZON'S OBJECTIONS
Case No. 2:13-cv-01677-BJR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON  98101
TELEPHONE  206.389.4510
FACSIMILE   206.389.4511

**CERTIFICATE OF SERVICE**

I, Richard G. Frenkel, hereby certify that on November 7, 2014, I caused the foregoing **MOTION TO SEAL AMAZON'S OBJECTIONS TO TELEBUYER'S PROPOSED TECHNICAL ADVISOR CANDIDATE** to be served on the following parties as indicated below:

| | |
|---|---|
| **Jeremy E. Roller**<br>**Diana S. Breaux**<br>YARMUTH WILSDON PLLC<br>818 Stewart Street, Suite 1400<br>Seattle, WA  98101<br><br>*Attorneys for Plaintiff Telebuyer LLC* | [  ]  By United States Mail<br>[  ]  By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[  ]  By Overnight Express Mail<br>[  ]  By Facsimile<br>[  ]  By Email [by agreement of counsel]<br>      jroller@yarmuth.com<br>      dbreaux@yarmuth.com |
| **Brian M. Berliner**<br>**Mark Alan Samuels**<br>**Xin-Yi Zhou**<br>O'MELVENY & MYERS LLP<br>400 S. Hope Street, Suite 1050<br>Los Angeles, CA  90071-2899<br><br>*Attorneys for Plaintiff Telebuyer LLC* | [  ]  By United States Mail<br>[  ]  By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[  ]  By Overnight Express Mail<br>[  ]  By Facsimile<br>[  ]  By Email [by agreement of counsel]<br>      bberliner@omm.com<br>      msamuels@omm.com<br>      vzhou@omm.com |
| **Marc Pensabene**<br>O'MELVENY & MYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY  10036<br><br>*Attorneys for Plaintiff Telebuyer LLC* | [  ]  By United States Mail<br>[  ]  By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[  ]  By Overnight Express Mail<br>[  ]  By Facsimile<br>[  ]  By Email [by agreement of counsel]<br>      mpensabene@omm.com |
| **Jonathan Crawford**<br>O'MELVENY & MYERS LLP<br>2765 Sand Hill Road<br>Menlo Park, CA  94025<br><br>*Attorneys for Plaintiff Telebuyer LLC* | [  ]  By United States Mail<br>[  ]  By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[  ]  By Overnight Express Mail<br>[  ]  By Facsimile<br>[  ]  By Email [by agreement of counsel]<br>      jcrawford@omm.com |

November 7, 2014            By:  *s/Richard G. Frenkel*
                                 Richard G. Frenkel of
                                 LATHAM & WATKINS LLP

MOTION TO SEAL AMAZON'S OBJECTIONS
Case No. 2:13-cv-01677-BJR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON  98101
TELEPHONE  206.389.4510
FACSIMILE   206.389.4511