The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TELEBUYER, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., AMAZON WEB SERVICES LLC, and VADATA, INC.,<br><br>        Defendants.<br><br>AMAZON.COM, INC., AMAZON WEB SERVICES LLC, and VADATA, INC.,<br><br>        Counterclaimants,<br><br>    v.<br><br>TELEBUYER, LLC,<br><br>        Counterclaim-Defendant. | Case No. 2:13-cv-01677-BJR<br><br>**[REDACTED] AMAZON'S OBJECTIONS TO TELEBUYER'S PROPOSED TECHNICAL ADVISOR CANDIDATE** |

[REDACTED] AMAZON'S OBJECTIONS TO TELEBUYER'S PROPOSED TECHNICAL ADVISOR CANDIDATE
Case No. 2:13-cv-01677-BJR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE  206.389.4511

On the November 5, 2014 teleconference with the Court, both parties agreed that the most important requirement for a Technical Advisor here is real technical expertise concerning the core Internet and telephone communications technologies underlying this action. Telebuyer's proposed Advisor, REDACTED, does not satisfy this requirement.

1. REDACTED

---

[1] REDACTED

[REDACTED] AMAZON'S OBJECTIONS TO
TELEBUYER'S PROPOSED
TECHNICAL ADVISOR CANDIDATE
Case No. 2:13-cv-01677-BJR                    1

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE  206.389.4511

1     REDACTED

2

3     2.     REDACTED

4

5

6

7

8

9

10

11

12    3.     REDACTED     James Kurose is a
13    true expert, and has been so for the entire relevant period.  Professor Kurose is a Distinguished
14    Professor of Computer Science at the University of Massachusetts, and has been actively re-
15    searching, developing, and teaching the core technologies involved in this action for over thirty
16    years. (D.I. 177 at p. 5)  In addition to his work as a professor, Dr. Kurose has worked as a visit-
17    ing scientist in IBM's Communications Department from 1990 to 1991, and for Thom-
18    son/Technicolor in 2006 and 2012.  (*Id*.)  He is an IEEE Fellow, and has received numerous ac-
19    colades and awards for his work as a computer scientist.  (D.I. 177 at pp. 5-8.)  Most importantly,
20    Professor Kurose's work has remained focused on the Internet and other computer and telephone
21    networks, communications, and related technological issues.  (D.I. 177 at pp. 5-31.)  And, to the

---
[2] REDACTED

[REDACTED] AMAZON'S OBJECTIONS TO
TELEBUYER'S PROPOSED
TECHNICAL ADVISOR CANDIDATE         2
Case No. 2:13-cv-01677-BJR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511

1  extent important to Telebuyer, Professor Kurose has been employed twice as an expert in patent
2  litigation, once by a plaintiff and the second time by a defendant.
3      For these reasons, Amazon respectfully asks the Court to appoint Professor Kurose [REDACTED]

[REDACTED] AMAZON'S OBJECTIONS TO
TELEBUYER'S PROPOSED
TECHNICAL ADVISOR CANDIDATE
Case No. 2:13-cv-01677-BJR

3

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE   206.389.4511

| | | |
|---|---|---|
| 1 | November 7, 2014 | Respectfully submitted, |
| 2 | | |
| 3 | | By: *s/ Richard G. Frenkel* |
| | | Matthew J. Moore (*pro hac vice*) |
| 4 | | matthew.moore@lw.com |
| | | LATHAM & WATKINS LLP |
| 5 | | 555 Eleventh Street, NW, Suite 1000 |
| | | Washington, D.C.  20004-1304 |
| 6 | | Telephone:  (202) 637-2200 |
| | | Facsimile:  (202) 637-2201 |
| 7 | | |
| | | Douglas E. Lumish (*pro hac vice*) |
| 8 | | doug.lumish@lw.com |
| | | Richard G. Frenkel (*pro hac vice*) |
| 9 | | rick.frenkel@lw.com |
| | | Gabriel S. Gross (*pro hac vice*) |
| 10 | | gabe.gross@lw.com |
| | | Patricia Young (*pro hac vice*) |
| 11 | | patricia.young@lw.com |
| | | Eugene Chiu (*pro hac vice*) |
| 12 | | eugene.chiu@lw.com |
| | | LATHAM & WATKINS LLP |
| 13 | | 140 Scott Drive |
| | | Menlo Park, California  94025-1008 |
| 14 | | Telephone: (650) 328-4600 |
| | | Facsimile:  (650) 463-2600 |
| 15 | | |
| 16 | | *s/ Brian D. Buckley* |
| | | Brian D. Buckley, WSBA No. 26423 |
| 17 | | Ewa M. Davison, WSBA No. 39524 |
| | | FENWICK & WEST LLP |
| 18 | | 1191 Second Avenue, 10th Floor |
| | | Seattle, Washington 98101 |
| 19 | | Phone:  (206) 389-4510 |
| | | Fax:  (206) 389-4511 |
| 20 | | Email:  bbuckley@fenwick.com |
| | |       edavison@fenwick.com |
| 21 | | |
| 22 | | Counsel for Defendants |
| | | AMAZON.COM, INC., AMAZON WEB |
| 23 | | SERVICES LLC, and VADATA, INC. |
| 24 | | |

[REDACTED] AMAZON'S OBJECTIONS TO
TELEBUYER'S PROPOSED
TECHNICAL ADVISOR CANDIDATE         4
Case No. 2:13-cv-01677-BJR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON  98101
TELEPHONE 206.389.4510
FACSIMILE   206.389.4511

# CERTIFICATE OF SERVICE

I, Richard G. Frenkel, hereby certify that on November 7, 2014, I caused the foregoing **[REDACTED] AMAZON'S OBJECTIONS TO TELEBUYER'S PROPOSED TECHNICAL ADVISOR CANDIDATE** to be served on the following parties as indicated below:

| | |
|---|---|
| **Jeremy E. Roller**<br>**Diana S. Breaux**<br>YARMUTH WILSDON PLLC<br>818 Stewart Street, Suite 1400<br>Seattle, WA 98101<br><br>*Attorneys for Plaintiff Telebuyer LLC* | [ ]  By United States Mail<br>[ ]  By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ]  By Overnight Express Mail<br>[ ]  By Facsimile<br>[ ]  By Email [by agreement of counsel]<br>     jroller@yarmuth.com<br>     dbreaux@yarmuth.com |
| **Brian M. Berliner**<br>**Mark Alan Samuels**<br>**Xin-Yi Zhou**<br>O'MELVENY & MYERS LLP<br>400 S. Hope Street, Suite 1050<br>Los Angeles, CA 90071-2899<br><br>*Attorneys for Plaintiff Telebuyer LLC* | [ ]  By United States Mail<br>[ ]  By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ]  By Overnight Express Mail<br>[ ]  By Facsimile<br>[ ]  By Email [by agreement of counsel]<br>     bberliner@omm.com<br>     msamuels@omm.com<br>     vzhou@omm.com |
| **Marc Pensabene**<br>O'MELVENY & MYERS LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br><br>*Attorneys for Plaintiff Telebuyer LLC* | [ ]  By United States Mail<br>[ ]  By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ]  By Overnight Express Mail<br>[ ]  By Facsimile<br>[ ]  By Email [by agreement of counsel]<br>     mpensabene@omm.com |
| **Jonathan Crawford**<br>O'MELVENY & MYERS LLP<br>2765 Sand Hill Road<br>Menlo Park, CA 94025<br><br>*Attorneys for Plaintiff Telebuyer LLC* | [ ]  By United States Mail<br>[ ]  By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ]  By Overnight Express Mail<br>[ ]  By Facsimile<br>[ ]  By Email [by agreement of counsel]<br>     jcrawford@omm.com |

November 7, 2014          By: *s/ Richard G. Frenkel*
                              Richard G. Frenkel
                              LATHAM & WATKINS LLP

[REDACTED] AMAZON'S OBJECTIONS TO
TELEBUYER'S PROPOSED
TECHNICAL ADVISOR CANDIDATE
Case No. 2:13-cv-01677-BJR

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101
TELEPHONE 206.389.4510
FACSIMILE 206.389.4511