The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TELEBUYER, LLC, | Case No. 2:13-cv-01677-BJR |
| Plaintiff, | **STIPULATED MOTION AND [PROPOSED] ORDER REGARDING MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE** |
| v. | |
| AMAZON.COM, INC., AMAZON WEB SERVICES LLC, and VADATA, INC., | NOTE ON MOTION CALENDAR: January 15, 2015 |
| Defendants. | |
| AMAZON.COM, INC., AMAZON WEB SERVICES LLC, and VADATA, INC., | |
| Counterclaimants, | |
| v. | |
| TELEBUYER, LLC, | |
| Counterclaim-Defendant. | |



## STIPULATION

On December 17, 2014, this Court held a tutorial hearing regarding the technology at issue in this matter.  At that hearing, the Court and counsel for plaintiff Telebuyer, LLC and defendants Amazon.com Inc., Amazon Web Services LLC, and VADATA Inc. (collectively, "Amazon") discussed a pre-*Markman* hearing summary judgment motion to be brought by Amazon.  The Court ordered that Amazon's motion for summary judgment be filed by February 2, 2015, Telebuyer's response be filed by March 19, 2015, and that Amazon's reply be filed by April 8, 2015.  *See* December 18, 2014 Minute Entry (Dkt. No. 189).

Following the Court's issuance of the briefing schedule, an unanticipated scheduling conflict arose with the timing of Telebuyer's response.  Telebuyer and Amazon conferred, and have agreed to a short extension of the briefing schedule on Amazon's anticipated motion for summary judgment.

NOW THEREFORE, Telebuyer and Amazon stipulate as follows:

1. Amazon's motion for summary judgment shall be due February 12, 2015.

2. Telebuyer's response to Amazon's motion for summary judgment shall be due April 8, 2015.

3. Amazon's reply in support of its motion for summary judgment shall be due April 28, 2015.

STIPULATED MOTION AND [PROPOSED]
ORDER RE: MOTION FOR SUMMARY JUDGMENT
BRIEFING SCHEDULE
NO. 2:13-cv-01677-BJR - 2



818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

1  DATED: January 15, 2015.

2                                          By: */s/ Mark A. Samuels*
   Mark A. Samuels (*pro hac vice*)
3  Brian M. Berliner (*pro hac vice*)
   Xin-Yi Zhou (*pro hac vice*)
4  O'MELVENY & MYERS LLP
   400 South Hope Street
5  Los Angeles, CA  90071
   Telephone:  213.430.6000
6  Facsimile:  213.430.6407
   Email:  msamuels@omm.com;
7  bberliner@omm.com; vzhou@omm.com

8  Susan V. Keulen (*pro hac vice*)
   Jonathan Crawford (*pro hac vice*)
9  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
10 Menlo Park, CA 94025
   Telephone:  650.473.2600
11 Facsimile:  650.473.2601
   Email:  svankeulen@omm.com;
12 jcrawford@omm.com

13 Marc Pensabene (*pro hac vice*)
   O'MELVENY & MYERS LLP
14 400 South Hope Street
   Times Square Tower
15 7 Times Square
   New York, NY 10036
16 Telephone:  212.326.2070
   Facsimile:  212.326.2061
17 Email:  mpensabene@omm.com

18                                          */s/ Jeremy E. Roller*
   Jeremy E. Roller, WSBA No. 32021
19 Diana S. Breaux, WSBA No. 46112
   YARMUTH WILSDON PLLC
20 818 Stewart Street, Suite 1400
   Seattle, WA  98101
21 Telephone:  206.516.3800
   Facsimile:  206.516.3888
22 Email:  jroller@yarmuth.com;
   dbreaux@yarmuth.com
23
   *Attorneys for Plaintiff and Counterdefendant*
24 *Telebuyer, LLC*

25

26

27

STIPULATED MOTION AND [PROPOSED]
ORDER RE: MOTION FOR SUMMARY JUDGMENT
BRIEFING SCHEDULE
NO. 2:13-cv-01677-BJR - 3



|    |                                                      |
|----|------------------------------------------------------|
| 1  | */s/ Richard G. Frenkel* |
| 2  | Richard G. Frenkel (*pro hac vice*) |
|    | Gabriel S. Gross (*pro hac vice*) |
| 3  | Patricia Young (*pro hac vice*) |
|    | Eugene Chiu (*pro hac vice*) |
| 4  | Douglas E. Lumish (*pro hac vice*) |
|    | S. Giriraj Pathmanaban (*pro hac vice*) |
| 5  | LATHAM & WATKINS LLP |
|    | 140 Menlo Park, CA 94025 |
| 6  | Telephone:  650.328.4600 |
|    | Facsimile:  650.463.2600 |
| 7  | Email:  rick.frenkel@lw.com; |
|    | gabe.gross@lw.com; patricia.young@lw.com; |
| 8  | eugene.chiu@lw.com; doug.lumish@lw.com; |
|    | giri.pathmanaban@lw.com |

Matthew J. Moore (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004-1304
Telephone:  202.637.2200
Facsimile:  202.637.2201
Email:  matthew.moore@lw.com

*/s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423
Ewa M. Davison, WSBA No. 39524
FENWICK & WEST
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone:  206.389.4510
Facsimile:  206.389.3411
Email:  bbuckley@fenwick.com;
edavison@fenwick.com

J. David Hadden (*pro hac vice*)
Saina S. Shamilov (*pro hac vice*)
FENWICK & WEST
801 California Street
Mountain View, CA 94041
Telephone:  650.988.8500
Facsimile:  650.938.5200
Email:  dhadden@fenwick.com;
sshamilov@fenwick.com

*Attorneys for Defendants and Counterclaimants AMAZON.COM, INC., AMAZON WEBSERVICES LLC, and VADATA, INC.*

STIPULATED MOTION AND [PROPOSED]
ORDER RE: MOTION FOR SUMMARY JUDGMENT
BRIEFING SCHEDULE
NO. 2:13-cv-01677-BJR - 4



818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

1  **[PROPOSED] ORDER**

2  Pursuant to stipulation, IT IS SO ORDERED.

3  DATED: _____, 2015

4

5  _____
   HON. BARBARA J. ROTHSTEIN
6  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND [PROPOSED]
ORDER RE: MOTION FOR SUMMARY JUDGMENT
BRIEFING SCHEDULE
NO. 2:13-cv-01677-BJR - 5



818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Brian D. Buckley
Ewa M. Davison
J. David Hadden
Saina S. Shamilov
Fenwick & West LLP
bbuckley@fenwick.com
edavison@fenwick.com
dhadden@fenwick.com
sshamilov@fenwick.com

Matthew J. Moore
S. Giriraj Pathmanaban
Douglas E. Lumish
Richard G. Frenkel
Gabriel S. Gross
Patricia Young
Eugene Chiu
Latham & Watkins LLP
matthew.moore@lw.com
giri.pathmanaban@lw.com
doug.lumish@lw.com
rick.frenkel@lw.com
gabe.gross@lw.com
patricia.young@lw.com
eugene.chiu@lw.com

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated:  January 15, 2015 at Seattle, Washington.

*s/Sue Stephens*
Sue Stephens, Legal Assistant



STIPULATED MOTION AND [PROPOSED]
ORDER RE: MOTION FOR SUMMARY JUDGMENT
BRIEFING SCHEDULE
NO. 2:13-cv-01677-BJR - 6



818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888