The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TELEBUYER, LLC,<br><br>               Plaintiff,<br><br>        v.<br><br>AMAZON.COM, INC., AMAZON WEB SERVICES LLC, and VADATA, INC.,<br><br>               Defendants. | Case No. 2:13-cv-01677-BJR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER REGARDING STAY OF DISCOVERY PENDING MOTION FOR SUMMARY JUDGMENT**<br><br>NOTE ON MOTION CALENDAR:<br>January 27, 2015 |
| AMAZON.COM, INC., AMAZON WEB SERVICES LLC, and VADATA, INC.,<br><br>               Counterclaimants,<br><br>        v.<br><br>TELEBUYER, LLC,<br><br>               Counterclaim-<br>               Defendant. | |



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## STIPULATION

WHEREAS, on December 17, 2014, this Court held a tutorial hearing regarding the technology at issue in this matter, following which the Court and counsel for the parties discussed a pre-*Markman* hearing summary judgment motion to be brought by Amazon on the issue of patent validity under 35 U.S.C. §101;

WHEREAS, pursuant to stipulation approved by the Court (Dkt. No. 193), Amazon's motion for summary judgment is currently to be filed by February 12, 2015, Telebuyer's response is to be filed by April 8, 2015, and Amazon's reply is to be filed by April 28, 2015;

WHEREAS, since the beginning of January, the parties have operated under an informal stay of discovery and now seek to formalize that stay in the interest of efficient case management and conservation of party and judicial resources.

NOW THEREFORE, it is hereby stipulated by and between the parties as follows:

1.      All discovery in this case is hereby stayed pending completion of briefing of Amazon's above-described motion for summary judgment.

2.      This stipulation is without prejudice to further extension of the discovery stay, either by agreement of the parties or Order of the Court.

3.      The discovery stay shall be without prejudice to either party and neither party will argue that any delay in completing discovery as a result of should be chargeable to either party, or otherwise impact the substantive rights, claims or defenses of either party.

YARMUTH  WILSDON PLLC

818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

1    DATED:  January 27, 2015.

2                                        By:  */s/ Mark A. Samuels*
                                              Mark A. Samuels (*pro hac vice*)
3                                             Brian M. Berliner (*pro hac vice*)
                                              Xin-Yi Zhou (*pro hac vice*)
4                                             O'MELVENY & MYERS LLP
                                              400 South Hope Street
5                                             Los Angeles, CA  90071
                                              Telephone:  213.430.6000
6                                             Facsimile:  213.430.6407
                                              Email:  msamuels@omm.com;
7                                             bberliner@omm.com; vzhou@omm.com

8                                             Susan V. Keulen (*pro hac vice*)
                                              Jonathan Crawford (*pro hac vice*)
9                                             O'MELVENY & MYERS LLP
                                              2765 Sand Hill Road
10                                            Menlo Park, CA 94025
                                              Telephone:  650.473.2600
11                                            Facsimile:  650.473.2601
                                              Email:  svankeulen@omm.com;
12                                            jcrawford@omm.com

13                                            Marc Pensabene (*pro hac vice*)
                                              O'MELVENY & MYERS LLP
14                                            400 South Hope Street
                                              Times Square Tower
15                                            7 Times Square
                                              New York, NY 10036
16                                            Telephone:  212.326.2070
                                              Facsimile:  212.326.2061
17                                            Email:  mpensabene@omm.com

18                                            */s/ Jeremy E. Roller*
                                              Jeremy E. Roller, WSBA No. 32021
19                                            Diana S. Breaux, WSBA No. 46112
                                              YARMUTH WILSDON PLLC
20                                            818 Stewart Street, Suite 1400
                                              Seattle, WA  98101
21                                            Telephone:  206.516.3800
                                              Facsimile:  206.516.3888
22                                            Email:  jroller@yarmuth.com;
                                              dbreaux@yarmuth.com

23
                                              *Attorneys for Plaintiff and Counterdefendant*
24                                            *Telebuyer, LLC*

25

26

27

STIPULATED MOTION AND [PROPOSED]
ORDER RE: STAY OF DISCOVERY PENDING
MOTION FOR SUMMARY JUDGMENT
NO. 2:13-cv-01677-BJR - Page 3



1

/s/ Richard G. Frenkel
Richard G. Frenkel (*pro hac vice*)

2   Gabriel S. Gross (*pro hac vice*)
Patricia Young (*pro hac vice*)

3   Eugene Chiu (*pro hac vice*)
Douglas E. Lumish (*pro hac vice*)

4   S. Giriraj Pathmanaban (*pro hac vice*)
LATHAM & WATKINS LLP

5   140 Menlo Park, CA 94025
Telephone:  650.328.4600

6   Facsimile:  650.463.2600
Email:  rick.frenkel@lw.com;

7   gabe.gross@lw.com; patricia.young@lw.com;
eugene.chiu@lw.com; doug.lumish@lw.com;

8   giri.pathmanaban@lw.com

9   Matthew J. Moore (*pro hac vice*)
LATHAM & WATKINS LLP

10   555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004-1304

11   Telephone:  202.637.2200
Facsimile:  202.637.2201

12   Email:  matthew.moore@lw.com

13   /s/ Brian D. Buckley
Brian D. Buckley, WSBA No. 26423

14   Ewa M. Davison, WSBA No. 39524
FENWICK & WEST

15   1191 Second Avenue, 10th Floor
Seattle, WA 98101

16   Telephone:  206.389.4510
Facsimile:  206.389.3411

17   Email:  bbuckley@fenwick.com;
edavison@fenwick.com

18

19   J. David Hadden (*pro hac vice*)
Saina S. Shamilov (*pro hac vice*)

20   FENWICK & WEST
801 California Street

21   Mountain View, CA 94041
Telephone:  650.988.8500

22   Facsimile:  650.938.5200
Email:  dhadden@fenwick.com;

23   sshamilov@fenwick.com

24   *Attorneys for Defendants and Counterclaimants*
*AMAZON.COM, INC., AMAZON WEBSERVICES*

25   *LLC, and VADATA, INC.*

26

27

STIPULATED MOTION AND [PROPOSED]
ORDER RE: STAY OF DISCOVERY PENDING
MOTION FOR SUMMARY JUDGMENT
NO. 2:13-cv-01677-BJR - Page 4



818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

1

**[PROPOSED] ORDER**

2

Pursuant to stipulation, IT IS SO ORDERED.

3

DATED: _____, 2015

4

5

_____

6

HON. BARBARA J. ROTHSTEIN
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, I electronically filed the foregoing document with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to the

following:

Brian D. Buckley
Ewa M. Davison
J. David Hadden
Saina S. Shamilov
Fenwick & West LLP
bbuckley@fenwick.com
edavison@fenwick.com
dhadden@fenwick.com
sshamilov@fenwick.com

Matthew J. Moore
S. Giriraj Pathmanaban
Douglas E. Lumish
Richard G. Frenkel
Gabriel S. Gross
Patricia Young
Eugene Chiu
Latham & Watkins LLP
matthew.moore@lw.com
giri.pathmanaban@lw.com
doug.lumish@lw.com
rick.frenkel@lw.com
gabe.gross@lw.com
patricia.young@lw.com
eugene.chiu@lw.com

I declare under penalty of perjury under the laws of the State of Washington that the

foregoing is true and correct.

Dated:  January 27, 2015 at Seattle, Washington.

*s/Sue Stephens*
Sue Stephens, Legal Assistant

STIPULATED MOTION AND [PROPOSED]
ORDER RE: STAY OF DISCOVERY PENDING
MOTION FOR SUMMARY JUDGMENT
761.01 pa221501
NO. 2:13-cv-01677-BJR - Page 6



818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888